UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:00cv2179(AVC) |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff, | ) | |
| | ) | |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALERIE CRANE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | OCTOBER 16, 2003 |

RENEWED MOTION TO COMPEL DISCOVERY

Meredith Corporation ("Meredith"), defendant in the above-captioned action, submits this Renewed Motion to Compel Discovery pursuant to Federal Rules of Civil Procedure 26 and 37, and Local Rules 7 and 37. For the reasons discussed in the accompanying memorandum of law, Meredith respectfully asks that the Court enter an Order compelling plaintiff, Research Communications, Ltd. ("RCL"), to produce the RCL Analysts Handbook (the "Handbook").

**ORAL ARGUMENT IS REQUESTED**

-2-

Respectfully submitted

By _____
    Albert Zakarian, Esq.
    Federal Bar Number ct04201
    DAY, BERRY & HOWARD LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0303

    and

    Robert M. Callagy (*pro hac vice*)
    Federal Bar Number ct24386
    SATTERLEE STEPHENS BURKE & BURKE LLP
    230 Park Avenue
    New York, New York 10169
    (212) 818-9200

    Attorneys for Defendant/Counterclaim-Plaintiff Meredith Corporation

## **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 16th day of October, 2003 by regular first class mail to all counsel and pro se parties as follows:

Joseph T. Tanski, Esq.  
David B. Mack, Esq.  
Nixon Peabody LLP  
101 Federal Street  
Boston, Massachusetts 02110

Charles W. Pieterse, Esq.  
Whitman Breed Abbott & Morgan  
100 Field Point Road  
Greenwich, CT  06830

Roger T. Stetson, Esq.  
Belin Lamson McCormick Zumbach Flynn  
A Professional Corporation  
The Financial Center  
666 Walnut Street Suite 2000  
Des Moines, Iowa  50309-3989

James G. Sawtelle, Esq.  
Duncan Green Brown Langeness & Eckley,  
A Professional Corporation  
Capital Square  
400 Locust Street Suite 380  
Des Moines, Iowa  50309

_____  
Albert Zakarian