UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MEREDITH CORPORATION, <br><br> Defendant, <br><br> and <br><br> MEREDITH CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VALERIE CRANE, <br><br> Defendant. | CASE NO 3:00CV2179-AVC |

### PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL

Plaintiff Research Communications, Ltd. ("RCL") hereby opposes Meredith Corporation's ("Meredith") Motion to Compel on the ground that Meredith failed to comply with its obligation under Local Rule 9 to confer with RCL's counsel in a good faith effort to eliminate or reduce the area of controversy. As set forth in the letter of RCL's counsel to Meredith's counsel dated August 7, 2002, attached as Exhibit 1 to the accompanying Affidavit of David B. Mack ("Mack Aff."), the issues raised in Meredith's motion have been resolved or will be resolved without the need of Court intervention. For the above reason, RCL requests that Meredith's motion to compel be denied.

HWD2 1021733v1