

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., ) | CASE NO. 3:00CV2179-AVC |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| MEREDITH CORPORATION, ) | |
| Defendant/Counterclaim-Plaintiff. ) | |
| ) | |
| ) | |
| MEREDITH CORPORATION, ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VALERIE CRANE, ) | |
| Third-Party Defendant ) | JULY 31, 2002 |
| ) | |

## DEFENDANT'S MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendant, Meredith

Corporation, hereby moves this Court for an order compelling plaintiff, Research

3:00CV2179(AVC). December 28, 2002. This is an action for
damages brought to redress an alleged breach of contract. The
defendant, Meredith Corporation ("Meredith"), has filed several
counterclaims including claims for breach of contract, breach of
the duty of good faith and fair dealing, breach of fiduciary duty
and negligent misrepresentation. Meredith moves to compel the
plaintiff, Research Communications, LTD. ("RCL"), to fully and
completely respond to requests nos. 44 and 50 of its first
request for production of documents and to interrogatory no. 25
of its first set of interrogatories. Because RCL's counsel has
certified that the documents requested have been fully produced
and because he has agreed to supplement RCL's response to
interrogatory no. 25, the defendant's motion to compel (document
no. 107) is DENIED as moot.
SO ORDERED.

Alfred V. Covello, Chief U.S.D.J.