# NIXON PEABODY LLP
ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

David B. Mack
Direct Dial: (617) 345-6141
E-Mail: dmack@nixonpeabody.com

August 4, 2003

Robert M. Callagy, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

Re: Research Communications, Ltd. v. Meredith Corporation
(USDC D Conn. Civil Action No.: 300 CV 1279 AVC)

Dear Mr. Callagy:

I am writing in response to your letter dated July 15, 2003. RCL has produced copies of the RCL Analysts Handbook pertaining to benefits segmentation studies and has also produced the "underlying data supporting" the benefits segmentation study for WGNX. To the extent any documents referenced in the reports of Ms. Sell or Mr. Grossman have not been produced, RCL will produce such documents as soon as possible.

Very truly yours,

David B. Mack

cc: Joseph C. Tanski, Esq.
    Dr. Valerie Crane

BOS1230692.1