SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

47 MAPLE STREET
SUMMIT, NJ 07901
(908) 277-2221

FAX (212) 818-9606, 9607
www.ssbb.com

E-Mail: rcallagy@ssbb.com
Direct Dial: (212) 404-8701

September 3, 2003

<u>Via Facsimile</u> (617-345-1300)

David B. Mack, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

  Re: <u>RCL v. Meredith Corporation</u>

Dear David:

  This is in response to your letter of August 4, 2003 regarding our request dated July 15, 2003 for documents furnished to your client's experts. We trust the documents which you will produce will include any documents that your experts reviewed in connection with their assignment.

  You have also advised us that your client has previously produced the underlying data for the Atlanta segmentation study. Would you please advise us of the Bates numbers covering this production, as we do not believe the underlying data for the Atlanta segmentation study has been produced.

  Finally, you indicate that the RCL handbook has been produced. We have searched our records, and we do not believe that the handbook has been produced.

  We look forward to receiving the production.

        Sincerely,

        Robert M. Callagy

RMC:mm

528910_1