**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
E-Mail: rcallagy@ssbb.com
Direct Dial: (212) 404-8701

47 MAPLE STREET
SUMMIT, NJ 07901
(908) 277-2221

FAX (212) 818-9606, 9607
www.ssbb.com

September 18, 2003

David B. Mack, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

Re: <u>RCL v. Meredith Corporation</u>

Dear David:

This will confirm that you have promised to advise us as to which of the nine witnesses which were the subject of Meredith's motion to strike as potential RCL trial witnesses RCL intends to call at trial. Our client has the right to take their depositions and with the deadline included in the court order fast approaching, we need to know which witnesses need to be deposed and have dates for their depositions immediately. Also, as we discussed on the telephone on Monday of this week, our client's affirmative defenses and counterclaims against yours include claims of failure of performance and fraud. The entire RCL handbook, to the extent it deals with standards or guidelines for performance of services by RCL, would be relevant to these claims. We would not need that portion of the handbook which deals with employee compensation or benefits. You have promised to revisit the issue of production of the entire handbook with your client. If you continue to decline to produce the handbook, we will have no alternative but to renew our client's July 31, 2003 motion to compel production.

Lastly, we acknowledge receipt of your letter of September 15, 2003, which included portions of documents relied upon by RCL's expert, Suzanne Sell. However, we continue to await the complete production of those documents responsive to Meredith's outstanding discovery requests, as discussed in Mr. Sawtelle's letter to you of November 6, 2002. These materials should consist not only of documents *relied upon* by RCL's experts, but also all documents and materials provided to or received from RCL's experts. Again, we require this information as soon as possible so that the depositions of RCL's experts can be arranged.

Sincerely,

Robert M. Callagy

RMC:tdr

bcc: John S. Zieser, Esq.
James G. Sawtelle, Esq.

530609_1