# NIXON PEABODY LLP
### ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

David B. Mack
Direct Dial: (617) 345-6141
E-Mail: dmack@nixonpeabody.com

September 25, 2003

**VIA FACSIMILE (212) 818-9606**

Robert M. Callagy, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

    Re:    Research Communications, Ltd. v. Meredith Corporation
           (USDC D Conn. Civil Action No.: 300 CV 1279 AVC)

Dear Mr. Callagy:

    I have reviewed Meredith's document requests and have determined that none of Meredith's requests requires RCL to produce a copy of the complete RCL Handbook. Request No. 50 to Meredith's first request for production seeks the specific section of the handbook pertaining to benefits segmentation studies and factor and cluster analyses, which section RCL has produced. There is no other request, however, that would require RCL to produce the remainder of the handbook. If you believe to the contrary, kindly direct me to the specific document request to which the entire handbook would be responsive and I would be happy to reconsider. Thank you for your cooperation.

Very truly yours,

David B. Mack

cc:    Joseph C. Tanski, Esq.
       Dr. Valerie Crane

B1230692.7