SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

47 MAPLE STREET
SUMMIT, NJ 07901
(908) 277-2221

FAX (212) 818-9606, 9607
www.ssbb.com

E-Mail: rcallagy@ssbb.com
Direct Dial: (212) 404-8701

September 30, 2003

VIA FACSIMILE

David B. Mack, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts 02110

    Re:    RCL v. Meredith v. Valerie Crane, et al.
           U.S.D.C., District of Connecticut
           Case No.: 3:00CV2179-ACV

Dear David:

        This is in response to your letter of September 25, 2003 declining again to produce the RCL handbook in effect during the period when RCL was performing services for our client Meredith Corporation. There is nothing contained in Meredith's Request for Production of Documents No. 50 that would allow RCL to produce only a limited portion of its manual. To the contrary, Request No. 50 clearly requires the production of "All . . . *manuals* . . . employed by RCL to constrain or instruct anyone performing data analysis . . . ." (emphasis added).

        While we acknowledge receiving a very limited excerpt of RCL's handbook, we have yet to receive the entire manual, as requested. RCL's only stated objection to the production of the manual in its entirety was that is "neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence." As set forth in Meredith's Motion to Compel, inasmuch as RCL's counsel examined Dr. Soley at some length regarding the contents of its handbook, it is clear that RCL's objection is not valid. Also, Dr. Grossman refers in his report to the RCL handbook which presumably was shown to him during his retainer. Moreover, there is a protective order in place for this case.

532182_1

SATTERLEE STEPHENS BURKE & BURKE LLP

David B. Mack, Esq.
September 30, 2003
Page 2

       In RCL's opposition to Meredith's Motion to Compel, it certified to the Court that "the issues raised in Meredith's motion have been resolved or will be resolved without the need for Court intervention." Based on RCL's certification, the Court on December 28, 2002 denied Meredith's motion to compel as moot. It now appears, however, that RCL's representation to the Court was untrue, in light of its stated unwillingness to produce the manual.

                                   Very truly yours,

                                   Robert M. Callagy

RMC:tdr

532182_1