# In The Matter Of:

*Research Communications v.*
*Meredith Corp.*

---

*Bonita J. Soley, Ph.D.*
*June 27, 2002*

*vol. 1*
*pp. 1-333*

---

*Jones, Fritz & Sheehan*
*A LegaLink Company*
*210 South Street*
*11th Floor*
*Boston, MA  02111*
*(617) 542-0039   or   (800) 822-3376*

Original File 0627SOLE.TXT, 333 Pages
Min-U-Script® File ID: 3677908059

**Word Index included with this Min-U-Script®**

**Page 33**
1—10:18:52  24—10:19:45

[1] Q: Okay. And what is SPSS?
[2] A: Statistical Package for Social Sciences
[3] Software.
[4] Q: And who gave you that training?
[5] A: Oh, I had it varied, I mean, I used it
[6] through my Master's program. Edward O'Brien would
[7] have been my mentor there.
[8] Q: Okay. And while at RCL did you use SPSS?
[9] A: Uh-huh. Yes, I did. I didn't add in — I
[10] mean, you mentioned all training or whatever. I used
[11] SPSS throughout at Brandeis, too, I mean, that's
[12] through that whole period from Master's degree to —
[13] Q: Okay. And did you receive any training at
[14] RCL in the use of SPSS?
[15] A: Well, I didn't really need any training.
[16] Q: Okay.
[17] A: I did kind of — I mean, you picked up new
[18] things from people that may be new or different, you
[19] know, thing on the menu that you didn't know before
[20] like any software. So you pick up little tidbits.
[21] Q: Sort of on-the-job training?
[22] A: Yeah, but, I mean, I already knew how to use
[23] the software in general.
[24] Q: Prior to starting work for RCL had you

**Page 34**
1—10:19:48  24—10:20:41

[1] received any training in the use of SAS?
[2] A: I used SAS a little bit, not a lot. I mean,
[3] I'm familiar with SAS, I used it for a couple
[4] projects while I was at Brandeis. But I wouldn't say
[5] I was as proficient in SAS as I would be in SPSS, just
[6] from lack of using it.
[7] Q: Okay. Did you use SAS at RCL?
[8] A: No.
[9] Q: Prior to starting work for RCL, had you
[10] received any training in the use of T tests?
[11] A: Common statistical procedure, yes.
[12] Q: And did you use T tests at RCL?
[13] A: Yes, we did.
[14] Q: Did you receive any training at RCL in the
[15] use of T tests?
[16] A: Well, if you call basic training, we had a
[17] little software program that used to do all the T
[18] tests, and someone, of course, showed me how to use
[19] that, you just plugged in the numbers and hit the
[20] buttons sort of a thing.
[21] Q: Okay. And did you receive any on-the-job
[22] training in the use of T test at RCL?
[23] A: Well, it wasn't really necessary. Like I
[24] said, they showed me how to use the software to do the

**Page 35**
1—10:20:44  24—10:21:34

[1] T tests, I mean, you just ran them.
[2] Q: Okay.
[3] A: Pretty straightforward.
[4] Q: All right. And you've talked about factor
[5] analysis and exploratory factor analysis, so I take it
[6] that you had received some training in factor, use of
[7] factor analysis and exploratory factor analysis prior
[8] to joining RCL; is that correct?
[9] A: Well, I wouldn't say exploratory factor
[10] analysis. I mean, factor analysis, I would say.
[11] Q: Okay. So you had no training —
[12] A: Anything can be exploratory if you're
[13] playing around with it.
[14] Q: Okay. Did you have any training in the use
[15] of exploratory factor analysis prior to joining RCL?
[16] A: I don't know exactly what you mean.
[17] Q: Well, you testified a little while ago that
[18] you did some exploratory factor analysis.
[19] A: No, I did exploratory analysis on a
[20] structural equation model.
[21] Q: Oh, okay. So you didn't do exploratory
[22] factor analysis for your dissertation?
[23] A: No. Factor analysis is pretty
[24] straightforward.

**Page 36**
1—10:21:34  24—10:22:32

[1] Q: Okay. Prior to joining RCL, had you
[2] received any training in the use of cluster analysis?
[3] A: Mm-hmm. Yes, I did.
[4] Q: And where did you receive that training?
[5] A: In graduate school.
[6] Q: Okay. And did you use cluster analysis at
[7] RCL?
[8] A: Yes, I did.
[9] Q: Okay. And did you receive any training at
[10] RCL in the use of cluster analysis?
[11] A: Well, RCL had their own set guidelines for
[12] settings, you know, that they wanted for the cluster
[13] analysis, which was in the manual, so you just
[14] followed those.
[15] Q: So RCL provided you with a manual?
[16] A: Guidelines.
[17] Q: Guidelines. And you followed those in your
[18] work?
[19] A: Yes.
[20] Q: Okay. Prior to joining RCL, had you —
[21] strike that, strike that.
[22] Now, during the period while you were at
[23] RCL, focusing on that period, did you in your own mind
[24] have an understanding as to what was to be

### Page 49 — 1—10:34:19  24—10:34:55

[1] Q: Okay, and do you recall who you worked with
[2] on that product study?
[3] A: Donna LaCourse.
[4] Q: Anyone else?
[5] A: I don't remember who the assistant — it
[6] might have been Indira at that time.
[7] Q: Indira?
[8] A: Grover.
[9] Q: Okay.
[10] A: I don't remember if she was on my team then
[11] or later, because we switched teams regularly, so I
[12] don't remember if she was on my team at that
[13] particular time or not.
[14] Q: And do you recall who you worked with, if
[15] anyone, on the WFSB weather study?
[16] A: No, I don't remember if that was the same
[17] team or not.
[18] Q: Okay. And how about KVVU, do you recall who
[19] you worked with on that?
[20] A: I think Donna was on that, too.
[21] Q: Donna LaCourse?
[22] A: Yes.
[23] Q: Anyone else you can recall being on that?
[24] A: No, whoever the assistant would have been,

### Page 50 — 1—10:34:57  24—10:35:45

[1] if it was Indira or not. Like I said, I don't
[2] remember if Indira was — she was my assistant on the
[3] team later. Sorry, mea culpa. I always talk fast. I
[4] don't remember if Indira was the assistant at that
[5] time or not.
[6] Q: Okay.
[7] A: I mean, I know she was a little later on. I
[8] couldn't tell you if she was on that exact project.
[9] Q: Did you work on a segmentation study for
[10] KVVU?
[11] A: I believe so.
[12] Q: And did you work on a positioning study for
[13] KVVU?
[14] A: I think we did.
[15] Q: Okay.
[16] A: I mean, again, my recollections here on what
[17] I did for who are a little vague, because it was a
[18] while ago, and did a lot of different studies. So if
[19] I'm not totally accurate on that, explain it now.
[20] Q: How about WGNX, who did you work with on
[21] that?
[22] A: Laurie Rossi. No, sorry, Laurie was in
[23] between there somewhere. That would have been Carrie
[24] Perkins.

### Page 51 — 1—10:35:45  24—10:36:38

[1] Q: Who at RCL hired you?
[2] A: Wayne Cunningham.
[3] Q: And what was your first position at RCL?
[4] A: Well, then it was called the project
[5] director. Later the name was turned into project
[6] manager, I believe. And I think it still is, from
[7] what I've read in some of the transcripts.
[8] Q: Was your first position at RCL an analyst
[9] position?
[10] A: For about a month I worked as an analyst,
[11] filling in. It was supposed to be a training period.
[12] Q: Okay. And after that period as an analyst
[13] position, what was your next position?
[14] A: As director. But I was still like half and
[15] half, I was still finishing some analyst projects on
[16] the first team that I had been on, and then working on
[17] some projects as a director as well.
[18] Q: Okay. And when you were hired by RCL, did
[19] you understand that you were being hired to eventually
[20] be a manager?
[21] A: Well, I was hired as the manager in the
[22] first place. I was put as the analyst because they'd
[23] had some staff leave and the team was short, and one
[24] of the teams needed help. And they didn't have a full

### Page 52 — 1—10:36:40  24—10:37:31

[1] team for me as yet, so they had me fill in to kind of
[2] start to learn the ropes and that sort of a thing
[3] until they hired enough people for a new team.
[4] Q: Okay. And did you receive any on-the-job
[5] training at RCL?
[6] A: Well, all the training is pretty much on the
[7] job at RCL. I mean, everyone was very busy. I asked
[8] people when I could, like everyone else did.
[9] Everybody was always very busy.
[10] Q: Okay.
[11] A: I relied on the manual. We were updating
[12] the manual at the time, so when I first started the
[13] manual actually wasn't updated for the manager
[14] section, but had been by the time I left, I believe,
[15] because it was a process that was going on at the
[16] time.
[17] Q: Okay, so you relied on the manual and —
[18] A: Anybody you could grab hold of.
[19] Q: Anybody you could grab hold of, okay.
[20] A: Pretty much.
[21] Q: Could you give me the names of some of the
[22] people that you say provided on-the-job training?
[23] A: Well, Donna provided a lot.
[24] Q: Donna LaCourse?

Bonita J. Soley, Ph.D.
June 27, 2002
vol. 1
pp. 1-553
Case 3:00-cv-02179-DFM   Document 157-12   Filed 10/16/2003   Page 4 of 6
Research Communications
Meredith Corp.

### 1—10:37:33  24—10:38:28  Page 53

[1] A: Donna LaCourse, because she had been there,
[2] you know, of course, longer than I was. She was —
[3] when she was — we were put on the same team, I was
[4] told, I don't know if it was by Beth or by Wayne, that
[5] Donna, you know, was in line to become, you know — I
[6] don't know what to call it, if I should call it —
[7] should I call it the manager, the top position?
[8] Q: Okay.
[9] A: Let's call it manager. That she was in line
[10] to become a manager at some point, and she had already
[11] been learning some of the manager tasks while she was
[12] on other teams, she had been taking some of those
[13] tasks and learning them and reading the manual. And
[14] so she was a very good resource for training, because
[15] she already knew some of the manager tasks, she knew
[16] the analyst tasks, so she could fill in the blanks for
[17] me when I had questions.
[18] Q: Okay. Anyone else provide any on-the-job
[19] training? Beth Rabin, for example?
[20] A: Beth helped here and there. I mean, Beth
[21] was usually pretty busy in working on other type
[22] tasks. She usually directed me to ask other managers
[23] when I had questions. I mean, sometimes she would
[24] answer them, sometimes she would direct me to ask

### 1—10:38:30  24—10:39:12  Page 54

[1] someone else.
[2] Q: And so if you had questions, you would be
[3] directed to another manager and ask the question and
[4] they would give you an answer, is that how it went?
[5] A: If I could get them.
[6] Q: Okay, and you got them sometimes?
[7] A: Normally, yes, I grabbed somebody, like I
[8] said.
[9] Q: This training manual, was it sometimes
[10] called a handbook?
[11] A: Yes, same difference.
[12] Q: And how frequently did you refer to that
[13] handbook?
[14] A: Well, in the beginning, I mean, quite a bit,
[15] I mean, because you couldn't always grab somebody, and
[16] things had to get done. So, I mean — so we did use
[17] the manual.
[18] Q: And what information was contained in the
[19] manual?
[20] A: It was pretty much an outline of all the
[21] different tasks that you would do. I mean, I think —
[22] thinking back on it, I think the analyst's handbook
[23] was probably better than the manager's handbook,
[24] because it usually outlined all the statistical

### 1—10:39:14  24—10:40:06  Page 55

[1] procedures, what exactly, you know, had to be done for
[2] each one. And it was very useful for that. And while
[3] doing the analyst task I relied on that quite a bit.
[4] Even though I didn't do the analyst task for a long
[5] time, I still relied on the manual, because the woman
[6] I was on the team with was behind on a lot of her
[7] projects and really very busy, and she really couldn't
[8] show me anything.
[9] Q: Who was that?
[10] A: Michelle something. Her last name escapes
[11] me. The whole time I worked with her she was
[12] basically just looking for another job, and left me on
[13] my own. So I kind of had to rely on the handbook at
[14] that point. But then when I was on the team with
[15] Donna, Donna was very helpful.
[16] Q: Okay.
[17] A: And she was able to fill in the blanks. And
[18] I still looked at the manual, but also had somebody to
[19] ask questions of when I needed it. And she seemed
[20] eager at the time to answer them, because she was
[21] planning to move up into a manager position and wanted
[22] to participate when she could.
[23] Q: Okay.
[24] A: She often volunteered to do different tasks,

### 1—10:40:07  24—10:40:53  Page 56

[1] like we used to set up reports, for instance, and it
[2] was something an analyst, the middle position, could
[3] do with no problem. And if they were in line to be a
[4] manager, it was encouraged, to have them do it when
[5] they can, and she used to volunteer to do that on
[6] occasion.
[7] Q: Okay. Did you ever attend RCL School,
[8] anything called RCL School?
[9] A: We had — well, I don't know what you're
[10] referring to, actually. Could you clarify that?
[11] Q: Were there ever any training sessions where
[12] several people would go to a session and be trained in
[13] anything?
[14] A: At one point Beth had these little seminar
[15] things in the morning, and she'd kind of go over
[16] different protocols. I think she called it RCL
[17] School.
[18] Q: Did you attend some of those sessions?
[19] A: Oh, yes, we all did. Yes.
[20] Q: And how frequently did they take place?
[21] A: Oh, I don't remember.
[22] Q: Approximately. Weekly?
[23] A: I don't remember at all. I know they were
[24] there. I don't remember if they were once a week,

Bonita J. Soley, Ph.D.
June 27, 2002
vol. 1
Research Communications v.
Meredith Corp.
Case 3:00-cv-02179-DFM    Document 357-12    Filed 10/16/2003    Page 5 of 6

**Page 77**  1—11:11:31  24—11:12:32

[1] Q: And when you showed them to her, did she say
[2] anything to you?
[3] A: I don't remember if I personally or Carrie
[4] just went over and showed them to her. I don't
[5] remember distinctly.
[6] Q: Okay, and what was the next thing that
[7] happened on that project?
[8] A: I believe Valerie had told Carrie to redo
[9] the analysis again. She might have brought Beth in at
[10] that point to check the variables and go over the
[11] variables and maybe have removed one or two variables
[12] at that point. I'm not clear at that stage, because
[13] Carrie was still doing the analysis, and I was writing
[14] another report or something at the time while she was
[15] doing that.
[16] Q: So, just so — I have to have that in
[17] clearly. After the analysis was rerun and produced
[18] the same result and that was shown to Valerie, what
[19] next happened?
[20] A: I don't remember the exact, you know,
[21] sequence at that particular point, because, as I said,
[22] Carrie was doing the analysis at that point.
[23] Q: Did you do any further work on the project
[24] after that point, you personally?

**Page 78**  1—11:12:33  24—11:13:33

[1] A: Carrie had redone the analysis for a couple
[2] days or a day. It was a long period of time. At that
[3] point she was going back and forth, I think with
[4] either Scott or Beth and Valerie, and I think they had
[5] removed a couple variables, thinking that maybe that
[6] was what was causing the problem. Again, I didn't do
[7] the analysis at that particular point, I was working
[8] on something else that was due. So Carrie was kind of
[9] taking care of that. And that was normal, you know,
[10] people can be independent and do their job.
[11] After — and again, I don't know exactly how
[12] many days, if it was two days or three days or
[13] whatever, Carrie was ready to, you know, pull out all
[14] the hair on her head, and at that point Valerie said
[15] that she wanted me to take over the analysis. And so
[16] I did.
[17] Q: And what did Valerie say to you at that
[18] point?
[19] A: I just remember her saying she wanted me to
[20] take over the analysis at that point.
[21] Q: Did you take over the analysis at that
[22] point?
[23] A: Yes, I did.
[24] Q: Okay, and what did you then do?

**Page 79**  1—11:13:34  24—11:14:42

[1] A: At that point they had removed a couple
[2] variables, I don't remember how many, from the initial
[3] data, and I reran the factor analysis. Again, as I
[4] described this before, tried so many factors and other
[5] factors, reran the clusters. At this point some of
[6] the contact wasn't directly to Valerie, it was like to
[7] Scott or — mainly Scott at that point, since he was
[8] team leader. I know Beth was involved there
[9] somewhere. Some of the contact might have gone
[10] through Beth, I don't remember, but Scott was handing
[11] most of it, because he was the team leader on my team.
[12] And we presented it to Valerie. And
[13] actually at this point it would have been Scott
[14] presenting it to Valerie, because we would present it
[15] to him, he would review it and give it to Valerie.
[16] And she wasn't happy with it again.
[17] Q: Were you there when he presented it to
[18] Valerie?
[19] A: No, no, he would go to her office and
[20] present it to her and talk to her about it. At that
[21] point the company dynamic had changed a little bit.
[22] When I first started there the managers had more
[23] direct contact with Valerie, you know, we had weekly
[24] meetings and that type thing. Once the hierarchy was

**Page 80**  1—11:14:45  24—11:15:24

[1] changed somewhat and they had the team leaders, which
[2] would have been Scott and Beth, Scott and Beth had
[3] most of the contact, you know, with Valerie, with
[4] Wayne, and, you know, other people in the company.
[5] But that was kind of an extra layer between us and
[6] Valerie at that point, so we didn't have as much
[7] contact.
[8] Q: Okay, so Scott presented the results to
[9] Valerie?
[10] A: Yes.
[11] Q: And she said that she — Valerie said she
[12] was not happy with it?
[13] A: Right, she was still unhappy with it.
[14] Q: How do you know that?
[15] A: Because Scott came back and said, "Valerie
[16] is not happy with it." It was very straightforward,
[17] there were no ambiguities on that one.
[18] Q: Is that what he said in essence?
[19] A: Yes, Valerie's still not happy. We
[20] wanted —
[21] Q: Okay, what then happened?
[22] A: He said that Valerie had recommended taking
[23] out a couple more of the variables and trying it over
[24] again, which I did, of course. And again, presented

**1—11:15:30  24—11:16:33**  Page 81

[1] the results. I mean, I will add in here that this
[2] group of women that Valerie had mentioned, you know,
[3] still hadn't shown up in the analysis. So we did the
[4] results again. I can't tell you how many times we
[5] reran this analysis, because it was many. I mean,
[6] variables were removed, do factors, check the factors,
[7] see which factors, you know, hung together well, do
[8] the new clusters, we'd present them to Valerie, she
[9] would still be unhappy. This went on for — I mean,
[10] it felt like forever, but I know it wasn't forever.
[11] But it went on for a few days.
[12]     And finally at one point I told Scott, I
[13] said, "I can't do this anymore, because," I said,
[14] "this is ridiculous, we've taken out a large number of
[15] variables, it doesn't even represent the questionnaire
[16] we used anymore, you know, you're going to have to
[17] finish it."
[18]     Q: You said that to Scott Van Manen?
[19]     A: Yes, I did, I said, "You're going to have to
[20] finish it, because I'm just not going to do this
[21] anymore, it's ridiculous." Which may or may not have
[22] been appropriate, but it's what I said. And —
[23]     Q: What did he say?
[24]     A: He just said, yeah, that he would, and that

**1—11:16:35  24—11:17:41**  Page 82

[1] he was going to try some other statistical tests or
[2] something and see if something could be done or
[3] whatever. And that was about 7:00 or 8:00 o'clock at
[4] night that one night, and I went home.
[5]     And the next day Scott laid out in front of
[6] me this, you know, "Look, here are the safety seekers,
[7] that we found them, we're calling them safety
[8] seekers." And it was like, "Well, had to do enough
[9] work to find them." And he was like, "Okay, well, now
[10] you're going to have to write the report." I'm like,
[11] "Okay, fine, you know, whatever."
[12]     And Beth had came in to me and she said that
[13] they didn't like — meaning they, like her, Valerie,
[14] management, whatever, didn't like the way I had acted
[15] on this particular project, that I didn't follow
[16] orders well and that I should have been more
[17] supportive of Valerie's position, and that in the
[18] future I would probably be asked to do this type of
[19] reanalysis again and that I would be expected to be
[20] more cooperative. And I told her I won't be, you
[21] know, I don't like this, I don't want to be doing
[22] that. And she said, well, we'll deal with that, you
[23] know, when it comes.
[24]     So we started doing the report, and Carrie

**1—11:17:48  24—11:18:37**  Page 83

[1] just burst out laughing. And I didn't know why. And
[2] she said, "You're not going to believe," she said,
[3] "the safety seekers aren't who Valerie thought they
[4] were," she said, "they're young black men." And she
[5] just thought that was the funniest thing, that we
[6] found the safety seekers finally as this little
[7] subgroup somehow that if you got rid of so many
[8] variables you found them, and that it wasn't who
[9] Valerie thought they would be in the first place. I
[10] don't know what ever happened —
[11]     Q: Did you say that to Carrie — did you say
[12] that to Carrie at the time?
[13]     A: What?
[14]     Q: What you just testified to.
[15]     A: Carrie told me that they were — like, she's
[16] the one that was doing the demographics at the time.
[17]     Q: And what did you say to her?
[18]     A: I just laughed, because, I mean, it was like
[19] the group that Valerie had been looking for had never
[20] existed in the first place. And obviously, even
[21] hunting around, removing variables, didn't find them,
[22] because they weren't there. And the group that did
[23] have that, you know, title, per se, I'm going to
[24] use — use little quote signs with my fingers, though

**1—11:18:40  24—11:19:36**  Page 84

[1] they don't come out well on transcript, that, you
[2] know, the title might have been there, but it wasn't
[3] the group that she thought they would be in the first
[4] place.
[5]     Q: When you say it wasn't the group she thought
[6] would be there in the first place, what do you mean by
[7] that?
[8]     A: It wasn't the affluent, white, middle-class
[9] women that she had expected to show up.
[10]     Q: So what you're saying, then, is that the —
[11]     A: A group of safety seekers were there, but
[12] they were young black men.
[13]     Q: So what you're saying is that the results of
[14] the analysis showed as a solution a group which was
[15] labeled safety seekers, but that the makeup of that
[16] group were not middle-aged, affluent, white women, but
[17] instead were young black individuals?
[18]     A: From what I —
[19]     MR. RALSTON: Objection as to the
[20] characterization of her testimony, Counsel.
[21]             BY MR. TANSKI:
[22]     Q: Well, if I'm wrong in any way, tell me. I'm
[23] just trying to see if I can understand what you're
[24] saying.