```
                                        1
                           VOLUME I
                           Pages 1-219
         UNITED STATES DISTRICT COURT
            DISTRICT OF CONNECTICUT

                   CASE NO.3:00CV2179-AVC


RESEARCH COMMUNICATIONS, LTD.,
                  Plaintiff,
V.

MEREDITH CORPORATION,
                  Defendant,
and

MEREDITH CORPORATION,
                  Plaintiff,
V.
VALERIE CRANE,
                  Defendant.
```

Deposition of Valerie Crane taken before Debra Kemp, a Notary Public in and for the Commonwealth of Massachusetts, at the Law Offices of Hutchins, Wheeler & Dittmar, 101 Federal Street, Boston Massachusetts, Wednesday, May 22, 2002, pursuant to Notice given.

---

2

APPEARANCES:

    HUTCHINS, WHEELER & DITTMAR
        By Mr. David Mack
        101 Federal Street
        Boston, MA  02110
        Counsel for Valerie Crane

    DUNCAN, GREEN, BROWN, LANGENESS & ECKLEY
        By Mr. James G. Sawtelle
        380 Capital Square
        400 Locust Street
        Des Moines, Iowa  50309
        Counsel for Meredith Corporation

    BELIN LAMSON MCCORMICK ZUMBACH FLYNN
        By Mr. Roger Stetson
        2000 Financial Center
        Des Moines, Iowa  50309
        Counsel for Meredith Corporation

---

3

INDEX

| WITNESS: | | PAGE |
|---|---|---|
| VALERIE CRANE | | |
| Direct Examination by Mr. Roger Stetson | | 5 |

EXHIBITS

| EXHIBIT NO. | DESCRIPTION | MARKED |
|---|---|---|
| No. 1 | Research Communications Corporate Profile dated 1998 | 112 |
| No. 2 | Agreement dated 7/21/98 | 115 |
| No. 3 | King Fax to Crane dated 3/3/98 | 125 |
| No. 4 | Crane e-mail to Meredith dated 8/11/99 | 138 |
| No. 5 | Agreement dated 11/17/98 | 141 |
| No. 6 | Cluxton memo to Loughlin dated 9/22/98 | 145 |
| No. 7 | Cunningham memo to Rose 6/24/98 | 154 |
| No. 8 | Group of e-mails (3 pages) | 185 |
| No. 9 | Tanski letter to Stetson dated 9/28/00 | 188 |
| No. 10 | Breakdown of costs (2 pages) | 196 |
| No. 11 | Karis memo to Crane dated 1/7/98 | 200 |

CERTIFICATE OF DEPONENT  218
REPORTER'S CERTIFICATE  219

---

4

PROCEEDINGS

STIPULATIONS

It is hereby stipulated and agreed by and between counsel for the respective parties that all objections, except as to the form of the question and all motions to strike are reserved to the time of trial.

It is further stipulated and agreed that the witness will read and sign the deposition transcript. Notarization and filing are waived.

## Page 97

1 Q (By Mr. Stetson) That's all right. Do the
2 best you can.
3 What do you recall discussing with
4 Mr. Shaklan?
5 A We talked about his family and what he's going
6 to do next and how he's been since we didn't get to
7 talk for a while. I think it's similar as the others.
8 He asked sort of, "How is it going?"
9 Q Did you discuss the litigation with him other
10 than how is it going?
11 A Well, it was a thing where he said he --
12 again, he was already aware of it because he was at the
13 station, you know, during the time we filed.
14 So the context of where he comes from is, "How
15 is it going?" I would tell him sort of where we were
16 at the time. That sort of was the pattern with
17 everybody. And then ask, "Do you have any insight?"
18 They'd always go, "No. I don't understand it."
19 Q Did you ask Mr. Shaklan if he had any insight?
20 A I'm sure I did, yes.
21 Q Do you recall what he told you?
22 A He didn't seem to understand it either. I
23 mean, he didn't share anything with me that lent any --
24 shed any light on the matter.
25 Q You can't recall anything Mr. Shaklan told you

## Page 98

1 about the litigation or any of the issues involved?
2 A I've been very careful not to talk very much
3 to Allen, especially -- because for a while, he was
4 negotiating his settlement. So we didn't talk about
5 it until he really was done with Meredith. He did not
6 seem to have a lot of -- what I would call a lot of
7 curiosity about what was happening. I don't remember
8 anything else he said. If I think of something, I'll
9 let you know.
10 Q Anyone else that you talked to about the
11 litigation -- former Meredith people?
12 A I think I might have talked to Joe Heaton. I
13 can't remember if that was with Linda or separately;
14 but I think I talked to Joe. That was a very brief
15 conversation. He left to go to the station in
16 Charlotte. So we had a brief conversation, too.
17 Q Did you talk about the litigation with him?
18 A I think that I may have mentioned it but I
19 would say that even less was said with Joe than with
20 others. It was a short conversation.
21 Q Do you recall him telling you anything about
22 the issues involving the litigation?
23 A I think he told me that he had been
24 interviewed.
25 Q Anything else?

## Page 99

1 A No. That's all I can remember at this time.
2 Q Anyone else?
3 A Pardon?
4 Q I was concluding my questions about Mr. Heaton
5 and then I was asking, is there was anyone else that
6 you can recall talking to?
7 A That's what -- my answer was to the question
8 you just asked, which is, not at this time. I cannot
9 remember any more in the way of people.
10 Q Very good.
11 A If I do, I will.
12 MR. STETSON: I think this would be a very
13 good time to break.
14 MR. MACK: I was going to suggest that.
15 (Off the record for a lunch break.)
16 Q (By Mr. Stetson) You indicated people had
17 criticism of Bonita Soley's work. One was Lori Rossi.
18 Anybody else that you can recall that had
19 criticism of --
20 A I think that's it. Again I want to emphasize
21 I'm not their primary person.
22 Q I believe you indicated that Mr. Cunningham
23 was the one that handled the -- I wrote down WIP, work
24 improvement plan. Would he have been in a position to
25 evaluate her work?

## Page 100

1 A I'm not sure of all the details around that
2 process. It's my understanding that that would be
3 worked through with the team leader. The person is
4 responsible for and even talked to everybody involved,
5 much as the H.R. department, where they're not working
6 with them but they're collecting information and share
7 that and go through that. I don't know if anybody else
8 was involved in that or at meetings. I don't get
9 involved in that level of detail.
10 Q When you were indicating to me that Ms. Soley
11 was having difficulty with certain types of research
12 projects, I believe you said that there was an RCL
13 handbook that she could have referred to to assist her
14 in her work.
15 A Mm-hmm.
16 Q Could you describe that?
17 A It just sets out sort of what the different
18 procedures are for studies and protocols that you
19 follow and things like that.
20 Q Is that handbook still available at RCL?
21 A We don't keep past copies of it. So I don't
22 have a copy of the one that was available to her at
23 that time.
24 Q A current edition of that handbook?
25 A Yes. There's something. Although, again, I