**OPINIONS IN THE MATTER OF
RESEARCH COMMUNICATIONS, LTD.
v. MEREDITH CORPORATION
AND
MEREDITH CORPORATION v.
RESEARCH COMMUNICATIONS, LTD.
AND VALERIE CRANE**

**Prepared by Michael A. Grossman
June 27, 2003**

**D.    The Two Factor Analyses Conducted By Bonita Soley On The WGNX Benefits Segmentation Study Deviated From Accepted Statistical And Marketing Research Standards; RCL's Decision To Correct Dr. Soley's Work Was Proper.**

The bases of this opinion are explained below.

I have reviewed the syntax for two factor analyses that were run by Dr. Soley or her team on the WGNX benefits segmentation study. The first factor analysis was identified by Dr. Soley as "without questions 47 & 45". The second analysis built on the first by removing questions 16-20 and specifying ten (10) factors that were to be included in the final model. These two factor analyses were performed using principle components analysis extraction, the SPSS software default. As noted in Section III above, however, RCL's practice was to employ the unweighted least squares method of factor extraction.

To facilitate the review of these two factor analyses, RCL input the syntax into the same statistical program used by Dr. Soley. SPSS is a commonly used and well-accepted computer program for Statistical analysis. The tables that resulted were printed out and given to me for review. The two factor analyses lack statistical simplicity and scientific meaningfulness. Fourteen of the thirty-five variables included in the first factor analysis (without questions 47 and 45) cross-load on to other factors. This result for the first factor analysis is shown in Exhibit 2 hereto and the result for the second factor analysis is shown in Exhibit 3 hereto.

Employing a commonly used statistical standard and one that is recommended in the RCL Analysts' Handbook to remove the cross-loading variables (any variable that does not load on a factor by more than 1.25 times the second highest loading on any other factor)[5] yielded a factor model with five factors composed of 25 variables. This result is shown in Exhibit 4 hereto. The shortcoming of this factor model is that each of these factors does not have a distinctive, unique benefit theme, and, therefore, is not a scientifically meaningful solution. For example, factor 5 is composed of questions 44 and 30. Question 44, however, is a "make up my own mind" benefit, whereas question 30 is a convenience

B1257320.2                                11

Footnotes:

1.  Marija J. Norusis, *SPSS Advanced Statistics Guide*, SPSS, Inc., Chicago, Il, P. 151

2.  Harry H. Harmon, Modern Factor Analysis, 3rd Edition Revised, University of Chicago Press, Chicago, IL, 1976. P. 5.

3.  IBID, P. 174. Quoting Thurstone, L. L., *Multiple Factor Analysis*, Chicago, University of Chicago Press, 1947. P. 61.

4.  From the Exploratory Factor Analysis paragraph in the StatNotes - Overview to Factor Analysis for PA 765 an online textbook for Quantitative Research in Public Administration, Professor G. David Garson, North Carolina State University, Raleigh, NC
    URL:  http://www2.chass.ncsu.edu/garson/pa765/factor.htm

5.  RCL Analysts' Handbook P. 67