UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD.,    ) | CASE NO.:  3:00cv2179-avc |
| )  | |
| Plaintiff/Counterclaim-Defendant,    ) | |
| ) | |
| v.    ) | |
| ) | |
| MEREDITH CORPORATION,    ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff,    ) | |
| ) | |
| ) | |
| ) | |
| MEREDITH CORPORATION,    ) | |
| ) | |
| v.    ) | |
| ) | |
| VALERIE CRANE,    ) | |
| ) | |
| Third-Party Defendant.    ) | NOVEMBER 17, 2003 |

## **SUPPLEMENTAL AFFIDAVIT OF ROBERT M. CALLAGY**

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK   )

ROBERT M. CALLAGY, being duly sworn, deposes and says:

1. I am a member of the firm of Satterlee Stephens Burke & Burke LLP. I represent the defendant Meredith Corporation ("Meredith") and, pursuant to Federal Rules of Civil Procedure 26 and 37, and Local Rules 7 and 37, I submit this supplemental affidavit in support of Meredith's Renewed Motion to Compel Discovery. I have been admitted *pro hac vice* in this action.

537885_1

2. True and correct copies of correspondence from counsel for Meredith to counsel for plaintiff and counterclaim defendant, dated October 16, 2002 and November 6, 2002, is annexed hereto as **Exhibit A**.

3. A true and correct copy of portions of the transcript of the October 21, 2003 deposition of Dr. Suzanne Sell is attached hereto as **Exhibit B**.

4. A true and correct copy of portions of the transcript of the October 21, 2003 deposition of Dr. Michael Grossman is attached hereto as **Exhibit C**.

 

_____
ROBERT M. CALLAGY

Sworn to before me this
14th day of November, 2003

_____
NOTARY PUBLIC