Exhibit B

45

1       Q.    -- you had with Beth Rabin lasted?
2       A.    No.
3       Q.    Or with Donna Lacourse?
4       A.    No. I don't recall how long either
5 conversation lasted.
6       Q.    Did you have one or more than one
7 conversation with Beth Rabin?
8       A.    I don't recall that either.
9       Q.    Did you have one or more than one
10 conversation with Donna Lacourse?
11       A.    I believe I had more than one.
12       Q.    How many?
13       A.    I can't recall exactly.
14       Q.    Now, in the paragraph that I just read
15 to you it says, "You may want to examine our RCL
16 Handbook." Did you do that?
17       A.    No, I did not.
18       Q.    Did you ever ask to see the RCL
19 Handbook?
20       A.    Not that I recall.
21       Q.    Why didn't you ask to see the RCL
22 Handbook?
23       A.    I didn't feel I needed to.
24       Q.    Did you know what was in the RCL

1   Handbook?
2       A.   I knew that it was a substantial
3   document.  That was how it had been described to
4   me by the people I spoke with at RCL.
5       Q.   And when you say "substantial
6   document," what do you mean?
7       A.   I mean long, large, many pages.
8       Q.   And did it cover how RCL was to operate
9   its business?
10          MR. TANSKI:  Objection.
11      A.   I do not know.
12      Q.   And you didn't care?
13          MR. TANSKI:  Objection.
14      A.   I can't respond to that.
15      Q.   But, in any event, you decided not to
16  look at it because it was, quote, a substantial
17  document in terms of size?
18          MR. TANSKI:  Objection.
19      A.   No.  That's not why I decided not to
20  look at it.  I decided not to -- I can't say that
21  it was a specific decision not to look at it, but
22  again I limited my exploration of these issues to
23  what was necessary, and once I had determined --
24  once I had enough evidence to support a

1  conclusion, I didn't feel that it was necessary to
2  gild the lily.
3       Q.   How did you know -- did you know what
4  was in the RCL Handbook if you hadn't looked at
5  it?
6       A.   I would have no knowledge.
7       Q.   How did you determine that it would
8  have been gilding the lily to look at the RCL
9  Handbook?
10           MR. TANSKI:  Objection, asked and
11 answered.
12      A.   I looked at a great deal of other
13 material and made conclusions based on the other
14 material.
15      Q.   But in the paragraph that I have just
16 been questioning you about Ms. Crane says, quote,
17 If in your efforts you want to interview any RCL
18 staff and examine our RCL Handbook, she's telling
19 you that, as I read it, these are the two items
20 that are important?
21      A.   Mm-hmm.
22           MR. TANSKI:  Objection.  Is that a
23 question?
24      Q.   And you chose not to look at the RCL

1  Handbook?
2              MR. TANSKI:  Objection, asked and
3  answered.
4     A.    I would not say that she characterized
5  those as more important than anything else.  She
6  gave me in this memo a list of a number of
7  resources I could use.  I chose to use some of
8  them and not others.
9              I did interview members of the RCL
10 staff and the RCL Handbook was described to me as
11 quite large and comprehensive, although not with
12 any more detail than that.  It also was described
13 to me as something that is kept in an electronic
14 file and updated and, therefore, I could not be
15 assured that the day I asked for it, that --
16 because the work on the studies in question had
17 taken place in 1999 and 2000.  It was now 2002.
18             A handbook for a company -- and this is
19 my opinion -- in my experience is something that
20 changes.  It is a work in progress.  Things
21 change.  It is kept in an electronic file.  I have
22 no assurance that the handbook that was in use in
23 2002 was exactly the same as the one that had been
24 in use in 1999 and I chose to let the studies

137

analyzing the underlying data in connection with a cluster analysis, if I understand you correctly, that was done by RCL in connection with the Meredith Atlanta study?

MR. TANSKI: Objection.

Q. Did you review the Atlanta study to the extent it included a cluster analysis?

A. I reviewed the results, yes.

Q. Do you know what the criteria for the number of clusters was that had been set up by RCL?

MR. TANSKI: Objection.

A. I know how -- I know how a typical -- how do I explain this? I don't know specifically what was done in that case.

Q. Do you know whether RCL followed its own manual with respect to how the cluster analysis was conducted?

A. I have no idea.

Q. Do you know whether RCL followed its own manual as to how the factor analysis was conducted?

A. Not having seen the manual, I do not know.