Exhibit C

1   Q.   You went and spoke with Ms. Crane?
2   A.   That's correct, sir.
3   Q.   And that would be at her offices?
4   A.   Yes, sir.
5   Q.   Was Mr. Mack present when you -- or any
6   counsel present when you spoke with Ms. Crane?
7   A.   No, sir.
8   Q.   What did you and Ms. Crane discuss
9   during your meeting?
10  A.   Both the letter proposal to RCL, though
11  I believe it was actually sent to the lawyers as
12  confidential, to counsel, and the technical
13  matters.
14  Q.   And can you tell me in more detail
15  starting with the letter proposal, what did the
16  two of you discuss?
17  A.   The gist of our conversation was what
18  was performed, what were the issues that Ms. Crane
19  was facing and what I had to do to respond and
20  replace Ronald Nuttall.
21       At that point I was given a number of
22  reports and these are the benefit segmentations
23  for WOFL in Orlando, KVVU in Las Vegas, GNX in
24  Atlanta.  I was given the relevant sections out of

1   the Analysts' Handbook or they were sent to me
2   shortly thereafter and I was basically given
3   background on the project.
4       Q.   Can you tell me what Ms. Crane told you
5   about what -- I think you used the term what she
6   was facing?
7       A.   She told me that she was in a
8   litigation matter and that she was suing Meredith
9   for unpaid bills and that Meredith had breached
10  the contract and that Meredith was alleging that
11  she had not performed factor analysis properly and
12  that she wanted me to review what happened and
13  come to my own conclusions and if I could support
14  her, to testify in her behalf.
15      Q.   You indicated that you were then given
16  the Benefits Segmentation Studies for Las Vegas,
17  Orlando and Atlanta?
18      A.   That's correct, sir.
19      Q.   Were you given the other Benefits
20  Segmentation Studies that you referenced in your
21  prior testimony during this initial meeting?
22      A.   I don't recall.
23      Q.   Do you have any recollection as to
24  when you would have received these other Benefits

74

1  A. Well, I object. I can't answer that
2  question without having it in front of me. I
3  believe it is. I think my memory is that it's
4  included in the factor analysis section. If you
5  have a copy of it, I will go to it and take a look
6  at it.
7  Q. Okay. Is there anything in the RCL
8  Handbook which you can recall which instructs an
9  analyst on how to distinguish between a benefit
10 variable and attitudinal variable?
11 A. I can't answer that question because
12 it's beyond the scope of my work, my research and
13 assignment. I suspect that the RCL Handbook is
14 extremely comprehensive and that somewhere in
15 there it may do it.
16     I did not read any sections other than
17 the factor analysis and the cluster analysis
18 sections so I can't testify to what else is in the
19 handbook.
20 Q. So you've not seen anything in the
21 handbook, in other words, that would instruct an
22 analyst how to distinguish between an attitudinal
23 variable and a benefits variable; is that fair?
24     MR. TANSKI: Objection. I cannot

1  recall now if there -- again it's because of a
2  faulty recollection now.  I don't recall if the
3  factor analysis section gives an example of how to
4  distinguish between a -- or gives an example of an
5  attitudinal variable that would be inappropriate
6  to put into a Benefits Segmentation Study or just
7  contains the statement that only benefits should
8  be.  It's my recollection -- I don't know.  I
9  can't recall at this point.
10      Q.  Okay.  That's fair.  Referring to page
11  2 of Grossman A, at the top you say -- and I'm --
12  I want to direct you to the third line from the
13  top.  You say that you have reviewed the SPSS
14  output for two factor analyses performed by Bonita
15  Soley and then in parentheses, "or her team under
16  her direction."
17      Do you see that?
18      A.  Yes, sir.
19      Q.  Who else was on Bonita Soley's team
20  relative to the factor analysis?
21      MR. TANSKI:  Objection.
22      A.  I don't know, sir.
23      Q.  What input did Bonita Soley have into
24  the preparation of this analysis if it wasn't