UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEREDITH CORPORATION, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>MEREDITH CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE CRANE, )<br>)<br>Defendant. )<br>) | CASE NO 3:00CV2179-AVC |

FILED

2003 DEC 23 A 11: 51

U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR RULE 16 PRE-TRIAL CONFERENCE

Plaintiff Research Communications, Ltd. ("RCL") and Defendant Valerie Crane ("Ms. Crane") move this Court to schedule a pre-trial conference in the above-captioned matter pursuant to Fed. R. Civ. P. 16. As grounds for this motion, RCL and Ms. Crane state as follows:

1. RCL commenced this action on November 13, 2000, more than three years ago.

2. The parties in this action have filed their respective motions for summary judgment. By orders dated September 17, 2002 and September 8, 2003, this Court has denied all of these motions.

3. The parties have taken a total of approximately twenty-one (21) depositions in this action.

4. The parties participated in a court-ordered settlement conference on October 29, 2002, but they were unable to settle this action.

5. RCL is a relatively small business that, as a result of this litigation, has incurred significant expenses and has experienced a significant disruption of its business. Accordingly, in order to minimize any further expenses or disruption, RCL is anxious to have this action scheduled for a Rule 16 pre-trial conference and set for trial as soon as possible.

6. The discovery cut-off date has passed and this matter is ready to be set for trial.

7. Finally, the only remaining discovery issues – Defendant Meredith Corporation's ("Meredith") pending motion to compel the production of a single document and Meredith's pending request for the production of additional documents from RCL's experts – do not preclude a Rule 16 pre-trial conference and the setting of this case for trial.[1]

WHEREFORE, Research Communications, Ltd. and Valerie Crane respectfully move this Court to schedule a pre-trial conference pursuant to Fed. R. Civ. P. 16, and for such other relief as this Court deems just and proper.

---

[1] Meredith filed this motion to compel production of the RCL Analysts Handbook more than a year after the discovery cut-off, and RCL opposed the motion. Irrespective of the outcome of the motion, this case is ready for trial.

2

RESEARCH COMMUNICATIONS, LTD. and
VALERIE CRANE

By their attorneys,

*/s/ David B. Mack*
Joseph C. Tanski   Ct. 22211
David B. Mack   Ct. 23151
Nixon Peabody LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 345-1000

Charles W. Pieterse   Ct. 01577
Whitman, Breed, Abbott & Morgan
100 Field Point Road
P.O. Box 2250
Greenwich, CT 06836
(203) 869-3800

Dated: December 22, 2003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all counsel of record by first class mail on this 22nd day of December, 2003.

*/s/ David B. Mack*
David B. Mack