UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**January 21, 2004**

**2:00 p.m.**

CASE NO. **3:00cv2179 (AVC) Research Comm v. Meredith Corp.**

| | |
|---|---|
| Robert M. Callagy<br>Satterlee, Stephens, Burke & Burke<br>230 Park Ave.<br>New York, NY 10169 | James G. Sawtelle<br>Duncan, Green, Brown, Langeness & Eckley<br>400 Locust St., Suite 380<br>Des Moines, IO 50309 |
| Valicia D. Harmon<br>James Sicilian<br>Albert Zakarian<br>Day, Berry & Howard<br>Cityplace I<br>Hartford, CT 06103-3499 | Lawrence F. Scalise<br>Sullivan & Ward, PC<br>801 Grand Ave., Suite 3500<br>Des Moines, IO 50309-2719 |
| Joseph C. Tanski<br>David B. Mack<br>Nixon Peabody<br>101 Federal St.<br>Boston, MA 02110-1832 | Roger T. Stetson<br>Belin Lamson McCormick Zumbach Flynn<br>666 Walnut Suite 2000<br>Financial Center<br>Des Moines, IO 50309-3989 |
| Maciej A. Piatkowski<br>Charles W. Pieterse<br>Whitman, Breed, Abbott & Morgan<br>100 Field Point Rd., PO Box 2250<br>Greenwich, CT 06836 | BY ORDER OF THE COURT<br><br>KEVIN F. ROWE, CLERK |