UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEREDITH CORPORATION, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>MEREDITH CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE CRANE, )<br>)<br>Defendant. )<br>) | CASE NO 3:00CV2179-AVC<br>*RKW* |

**MOTION FOR RULE 16 PRE-TRIAL CONFERENCE**

Plaintiff Research Communications, Ltd. ("RCL") and Defendant Valerie Crane ("Ms. Crane") move this Court to schedule a pre-trial conference in the above-captioned matter pursuant to Fed. R. Civ. P. 16. As grounds for this motion, RCL and Ms. Crane state as follows:

1. RCL commenced this action on November 13, 2000, more than three years ago.

2. The parties in this action have filed their respective motions for summary judgment. By orders dated September 17, 2002 and September 8, 2003, this Court has denied all of these motions.

*[Handwritten margin note, rotated:]* The parties shall appear for conference with the court on January 21, 2004 at 2:00 pm. SO ORDERED. GRANTED. December 31, 2003. Alfred V. Covello, U.S.D.J.