UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

January 21, 2004

2:00 p.m.

FILED
2004 JAN -5 A 9:3[ ]
U.S. DISTRICT COURT
HARTFORD, CT.

163

held 45 min

CASE NO. **3:00cv2179 (AVC) Research Comm v. Meredith Corp.**

Robert M. Callagy
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY 10169

Valicia D. Harmon
James Sicilian
Albert Zakarian
Day, Berry & Howard
Cityplace I
Hartford, CT 06103-3499

Joseph C. Tanski
David B. Mack
Nixon Peabody
101 Federal St.
Boston, MA 02110-1832

Maciej A. Piatkowski
Charles W. Pieterse
Whitman, Breed, Abbott & Morgan
100 Field Point Rd., PO Box 2250
Greenwich, CT 06836

James G. Sawtelle
Duncan, Green, Brown, Langeness & Eckley
400 Locust St., Suite 380
Des Moines, IO 50309

Lawrence F. Scalise
Sullivan & Ward, PC
801 Grand Ave., Suite 3500
Des Moines, IO 50309-2719

Roger T. Stetson
Belin Lamson McCormick Zumbach Flynn
666 Walnut Suite 2000
Financial Center
Des Moines, IO 50309-3989

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK