```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


               JURY SELECTION CALENDAR

      HONORABLE ALFRED V. COVELLO, U.S.D.J.
                   450 MAIN STREET
                      HARTFORD
                COURTROOM #1 - ANNEX
```

**June 3, 2004**
**10:00 a.m.**

**Trial to commence 6/14/04**

CASE NO. **3:00cv2179(AVC) Research Comm v. Meredith Corp.**

| | |
|---|---|
| Robert M. Callagy | James G. Sawtelle |
| Satterlee, Stephens, Burke & Burke | Duncan, Green, Brown, Langeness & |
| 230 Park Ave. | Eckley |
| New York, NY 10169 | 400 Locust St., Suite 380 |
| | Des Moines, IO 50309 |
| Valicia D. Harmon | |
| James Sicilian | |
| Albert Zakarian | Lawrence F. Scalise |
| Day, Berry & Howard | Sullivan & Ward, PC |
| Cityplace I | 801 Grand Ave., Suite 3500 |
| Hartford, CT 06103-3499 | Des Moines, IO 50309-2719 |
| | |
| Joseph C. Tanski | Roger T. Stetson |
| David B. Mack | Belin Lamson McCormick Zumbach |
| Nixon Peabody | Flynn |
| 101 Federal St. | 666 Walnut Suite 2000 |
| Boston, MA 02110-1832 | Financial Center |
| | Des Moines, IO 50309-3989 |
| Maciej A. Piatkowski | |
| Charles W. Pieterse | |
| Whitman, Breed, Abbott & Morgan | |
| 100 Field Point Rd., PO Box 2250 | BY ORDER OF THE COURT |
| Greenwich, CT 06836 | |
| | KEVIN F. ROWE, CLERK |