UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | : | |
| | : | |
| Plaintiff/Counterclaim-Defendant | : | CIVIL ACTION NO. |
| | : | 3:00CV2179 (AVC) |
| v. | : | |
| | : | |
| MEREDITH CORPORATION, | : | |
| Defendant/Counterclaim Plaintiff | : | |
| | : | |
| | : | |
| MEREDITH CORPORATION, | : | |
| Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| VALERIE CRANE, | : | |
| Third Party Defendant | : | January 21, 2004 |

## APPEARANCE

TO:   CLERK, United States District Court
      450 Main Street
      Hartford, CT  06103

Please enter the appearance of the undersigned, Mario R. Borelli, as attorney for the Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, Meredith Corporation in the above-captioned matter.

Dated at Hartford, Connecticut this 21st day of January, 2004.

                                                          _____
Mario R. Borelli (ct18577)
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499
Tel:  (860) 275-0100
Fax:  (860) 275-0343

## **C E R T I F I C A T I O N**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 21st day of January, 2004, by regular first class mail to all counsel and pro se parties as follows:

| | |
|---|---|
| Joseph T. Tanski, Esq. | Charles W. Pieterse, Esq. |
| David B. Mack, Esq. | Whitman Breed Abbott & Morgan |
| Nixon Peabody LLP | 100 Field Point Road |
| 101 Federal Street | Greenwich, CT  06830 |
| Boston, Massachusetts 02110 | |
| | |
| Roger T. Stetson, Esq. | James G. Sawtelle, Esq. |
| Belin Lamson McCormick Zumbach Flynn | Duncan Green Brown Langeness & Eckley, |
| A Professional Corporation | A Professional Corporation |
| The Financial Center | Capital Square |
| 666 Walnut Street Suite 2000 | 400 Locust Street Suite 380 |
| Des Moines, Iowa  50309-3989 | Des Moines, Iowa  50309 |

                                             _____
                                                 Mario R. Borelli