UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | : | |
| | : | |
| Plaintiff/Counterclaim-Defendant | : | CIVIL ACTION NO. |
| | : | 3:00CV2179 (AVC) |
| v. | : | |
| | : | |
| MEREDITH CORPORATION, | : | |
| Defendant/Counterclaim Plaintiff | : | |
| | : | |
| | : | |
| MEREDITH CORPORATION, | : | |
| Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| VALERIE CRANE, | : | |
| Third Party Defendant | : | January 28, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned, counsel for the Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, Meredith Corporation ("Meredith") in the above-captioned matter, respectfully moves to withdraw the appearance of Roger T. Stetson as counsel to Meredith, as a result of his recent death.  Other counsel who have already appeared will

**ORAL ARGUMENT IS NOT REQUESTED**

continue to represent Meredith in this action.

Dated at Hartford, Connecticut this 28th day of January, 2004.

Respectfully submitted

By _____
James Sicilian
Federal Bar Number ct05608
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT  06103-3499
Telephone: (860) 275-0100
Fax:          (860) 275-0343
e-mail:     jsicilian@dbh.com

- 3 -

# **C E R T I F I C A T I O N**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 28th day of January, 2004, by first class mail to all counsel and pro se parties as follows:

Joseph C. Tanski, Esq.
David B. Mack, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, Massachusetts 02110-1832

Charles W. Pieterse, Esq.
Whitman Breed Abbott & Morgan
100 Field Point Road, PO Box 2250
Greenwich, CT  06836

Christopher M. Miller, Esq.
Belin Lamson McCormick Zumbach Flynn
The Financial Center
666 Walnut Street Suite 2000
Des Moines, Iowa  50309-3989

James G. Sawtelle, Esq.
Duncan Green Brown Langeness & Eckley
Capital Square
400 Locust Street Suite 380
Des Moines, Iowa  50309

Robert M. Callagy, Esq.
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

                                            James Sicilian