169

FILED

2004 JAN 28 P 1:39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD. | : |
| Plaintiff/Counterclaim-Defendant | : CIVIL ACTION NO. |
| | : 3:00CV2179 (AVC) |
| v. | : RKW |
| MEREDITH CORPORATION, | : |
| Defendant/Counterclaim Plaintiff | : |
| | : |
| MEREDITH CORPORATION, | : |
| Third-Party Plaintiff | : |
| | : |
| v. | : |
| VALERIE CRANE, | : |
| Third Party Defendant | : January 28, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned, counsel for the Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, Meredith Corporation ("Meredith") in the above-captioned matter, respectfully moves to withdraw the appearance of Valicia D. Harmon as counsel to Meredith. Attorney Harmon appeared on behalf of Meredith, along with the

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED.
Alfred V. Covello, U.S.D.J.
January 29, 2004.
SO ORDERED.