UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RESEARCH COMMUNICATIONS, LTD.,

    Plaintiff/Counterclaim-Defendant

v.

MEREDITH CORPORATION,
    Defendant/Counterclaim Plaintiff

MEREDITH CORPORATION,
    Third-Party Plaintiff

v.

VALERIE CRANE,
    Third Party Defendant

CIVIL ACTION NO.
3:00CV2179 (AVC)
RKW

January 28, 2004

January 29, 2004. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of this Court, the undersigned, counsel for the Defendant/Counterclaim Plaintiff and Third-Party Plaintiff, Meredith Corporation ("Meredith") in the above-captioned matter, respectfully moves to withdraw the appearance of Roger T. Stetson as counsel to Meredith, as a result of his recent death. Other counsel who have already appeared will

**ORAL ARGUMENT IS NOT REQUESTED**