UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | : | |
| | : | |
|     Plaintiff/Counterclaim-Defendant | : | CIVIL ACTION NO. |
| | : | 3:00CV2179 (AVC) |
| v. | : | |
| | : | |
| MEREDITH CORPORATION, | : | |
|     Defendant/Counterclaim Plaintiff | : | |
| | : | |
| | : | |
| MEREDITH CORPORATION, | : | |
|     Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| VALERIE CRANE, | : | |
|     Third Party Defendant | : | February 13, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant Meredith Corporation. Other counsel from Day, Berry & Howard have appeared and will continue to represent the above-mentioned defendants.

- 2 -

          MEREDITH CORPORATION,

          _____
          Mario R. Borelli (ct18577)
          Day, Berry & Howard LLP
          CityPlace I
          Hartford, CT  06103-3499
          Tel:  (860) 275-0100
          Fax:  (860) 275-0343

### **C E R T I F I C A T I O N**

      THIS IS TO CERTIFY that a copy of the foregoing was sent on February 13, 2004, by first-class mail to all counsel and pro se parties as follows:

| | |
|---|---|
| Joseph T. Tanski, Esq.<br>David B. Mack, Esq.<br>Nixon Peabody LLP<br>101 Federal Street<br>Boston, Massachusetts 02110 | Charles W. Pieterse, Esq.<br>Whitman Breed Abbott & Morgan<br>100 Field Point Road<br>Greenwich, CT  06830 |
| Roger T. Stetson, Esq.<br>Belin Lamson McCormick Zumbach Flynn<br>A Professional Corporation<br>The Financial Center<br>666 Walnut Street Suite 2000<br>Des Moines, Iowa  50309-3989 | James G. Sawtelle, Esq.<br>Duncan Green Brown Langeness & Eckley,<br>A Professional Corporation<br>Capital Square<br>400 Locust Street Suite 380<br>Des Moines, Iowa  50309 |

          _____
          Mario R. Borelli