UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO.:  3:00cv2179(AVC) |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALERIE CRANE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | FEBRUARY 17, 2004 |

<u>MOTION FOR ADMISSION OF VISITING ATTORNEY</u>

James Sicilian, a member of the Bar of this Court and counsel to Defendant/Counterclaim-Plaintiff Meredith Corporation ("Meredith"), respectfully moves pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, for the admission of Benjamin Means, a member of the law firm of Satterlee Stephens Burke & Burke LLP, which has its offices at 230 Park Avenue, New York, New York 10169 (Telephone: (212) 818-9200), as counsel to Meredith in this action.

**ORAL ARGUMENT IS NOT REQUESTED**

As set forth in the affidavit of Benjamin Means accompanying this motion, Mr. Means is a member in good standing of the Bar of the State of New York and is admitted to practice before the Southern and Western Districts of New York.  Mr. Means has not been denied admission or disciplined by this or any other Court.

The admission of Mr. Means will not require modification of any scheduling order or deadline applicable to this case.

Attached to this Motion is a check in the amount of $25.00, for payment of the fee required by Rule 83.1(d)(2) of the Local Rules of Civil Procedure for this District.

Respectfully submitted

By _____

James Sicilian
Federal Bar Number ct05608
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT  06103-3499
Telephone: (860) 275-0100
Fax:         (860) 275-0343
e-mail:      jsicilian@dbh.com

-2-

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this date by regular first class mail to all counsel and pro se parties as follows:

Joseph T. Tanski, Esq.
David B. Mack, Esq.
Hutchins, Wheeler & Dittmar
101 Federal Street
Boston, Massachusetts 02110

Charles W. Pieterse, Esq.
Whitman Breed Abbott & Morgan
100 Field Point Road
Greenwich, CT  06830

Christopher M. Miller, Esq.
Belin Lamson McCormick Zumbach Flynn
A Professional Corporation
The Financial Center
666 Walnut Street Suite 2000
Des Moines, Iowa  50309-3989

James G. Sawtelle, Esq.
Duncan Green Brown Langeness & Eckley,
A Professional Corporation
Capital Square
400 Locust Street Suite 380
Des Moines, Iowa  50309

Benjamin Means, Esq.
Satterlee, Stephens, Burke & Burke LLP
230 Park Avenue
New York, NY 10169

_____
James Sicilian