173

FILED

2004 FEB 17 P 2: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RESEARCH COMMUNICATIONS, LTD., :
: 
    Plaintiff/Counterclaim-Defendant : CIVIL ACTION NO.
: 3:00CV2179 (AVC)
v. : RKW
:
MEREDITH CORPORATION, :
    Defendant/Counterclaim Plaintiff :
:
:
MEREDITH CORPORATION, :
    Third-Party Plaintiff :
:
v. :
:
VALERIE CRANE, :
    Third Party Defendant : February 13, 2004

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 15 of the Local Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant Meredith Corporation. Other counsel from Day, Berry & Howard have appeared and will continue to represent the above-mentioned defendants.

February 19, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.