174

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 19  P 3: 25

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | CASE NO.: 3:00cv2179(AVC) |
| ) | RKW |
| MEREDITH CORPORATION, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff, ) | |
| ) | |
| ) | |
| MEREDITH CORPORATION, ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VALERIE CRANE, ) | |
| ) | |
| Third-Party Defendant. ) | FEBRUARY 19, 2004 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

James Sicilian, a member of the Bar of this Court and counsel to Defendant/Counterclaim-Plaintiff Meredith Corporation ("Meredith"), respectfully moves pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure, for the admission of Benjamin Means, a member of the law firm of Satterlee Stephens Burke & Burke LLP, which has its offices at 230 Park Avenue, New York, New York 10169 (Telephone: (212) 818-9200), as counsel to Meredith in this action.

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED.
Alfred V. Covello, U.S.D.J.
February 23, 2004.
SO ORDERED.