# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

APPEARANCE

2004 MAR 29  A 11: 06

U.S. DISTRICT COURT
CT.

CASE NUMBER:    3:00-cv2179 (AVC)

FILED
2004 APR -8  P 2: 40
U.S. DISTRICT COURT
CT.

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

RESEARCH COMMUNICATIONS, LTD.,
Plaintiff/Counterclaim-Defendant,
v.
MEREDITH CORPORATION,
Defendant/Counterclaim-Plaintiff,
MEREDITH CORPORATION,
Third Party Plaintiff,
v.
VALERIE CRANE,
Third-Party Defendant.

**March 26, 2004**
Date

_Signature_

**ct25661**
Connecticut Federal Bar Number

**Benjamin Means**
Print Clearly or Type Name

**212-818-9200**
Telephone Number

**Satterlee Stephens Burke & Burke LLP**
Address

**212-818-9606**
Fax Number

**230 Park Avenue, New York, NY 10169**

**Attorneys for Meredith Corporation**

**bmeans@ssbb.com**
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

David B. Mack, Esq.
Nixon Peabody, LLP
101 Federal Street
Boston, Massachusetts  02110

(617-345-1300)

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)