UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 19 P 3:54
U.S. DISTRICT COURT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:00CV2179 (DFM) |
| MEREDITH CORPORATION, | : | |
| Defendant. | : | |

PRETRIAL ORDER

It is hereby ORDERED that:

(1) Jury selection shall be held on **May 18, 2004 at 10:00** a.m. Presentation of the evidence will begin on **June 7, 2004.**

(2) Counsel estimate that the trial will require 10 trial days. Accordingly, the court has set aside **June 7, 2004 to June 18, 2004** for trial.

(3) A final pretrial conference shall be held in the chambers of the undersigned on **May 18, 2004 at 2:00 p.m.** Counsel who will try the case must attend jury selection and the final pretrial conference unless excused by the Court.

(4) By **May 18, 2004,** the parties shall file a Supplemental Joint Trial Memorandum. **Counsel signing the memorandum must certify that it is the product of consultation between the lawyers who will be trying the case.** The Supplemental Joint Trial Memorandum shall include:

    a. <u>Requests for Jury Instructions</u>: See Paragraph 13 of the Standing Order. The parties shall meet and confer for the

purpose of preparing and filing agreed upon jury instructions. The proposed jury instructions shall be submitted as an attachment to the Joint Trial Memorandum. The proposed jury instructions should encompass all applicable rules of law. Citations to rules and authority should be provided in footnotes. If the parties cannot agree on a particular instruction, each party shall set forth its own proposed instruction in the joint filing, noting which party has proposed the instruction. The parties are not required to submit instructions on general issues such as role of the court, role of the jury, witness credibility, etc. Counsel shall submit to chambers a courtesy copy of the proposed jury instructions.

     b.   <u>Special Verdict Form or Interrogatories</u>:  In jury cases, the parties shall submit submit as an exhibit to the Joint Trial Memorandum a proposed verdict form suitable for submission to the jury. The form may require the jury to return a special verdict with special findings as permitted by Rule 49(a) or a general verdict with or without written interrogatories as permitted by Rule 49(b). If the parties are unable to agree as to the appropriateness of a proposed form, the objecting party must state the basis for its objection and provide an alternative proposal.

    (5)   The dates set forth in this order may not be changed except by further order of the court pursuant to a written motion demonstrating good cause filed not later than five days before the date in question.

(6) A courtesy copy of the Supplemental Joint Trial Memorandum shall be submitted to chambers on the day that it is filed.

SO ORDERED this 16th day of April, 2004 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge