UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>    Plaintiff and )<br>    Counterclaim Defendant, )<br>v. )<br>     )<br>MEREDITH CORPORATION, )<br>    Defendant and )<br>    Counterclaim Plaintiff, )<br>  and )<br>     ) CASE NO 3:00CV2179-DFM<br>MEREDITH CORPORATION, )<br>    Third-Party Plaintiff, )<br>v. )<br>     )<br>VALERIE CRANE, )<br>    Third-Party Defendant. ) | |

### RESEARCH COMMUNICATION LTD.'S AND VALERIE CRANE'S EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO EXIT INTERVIEWS CONDUCTED OF FORMER MEREDITH EMPLOYEES INVOLVED IN THE RCL RESEARCH

Plaintiff Research Communications, Ltd. and Third-Party Defendant Valerie Crane (collectively, "RCL") move to compel production of documents relating to exit interviews conducted of former Meredith Corporation ("Meredith") employees who worked at Meredith's television stations during the period RCL provided research services to Meredith. In support of its motion, RCL relies upon the accompanying memorandum of law and the Affidavit of David B. Mack ("Mack Aff."). For the reasons stated in the memorandum, RCL requests that its motion be allowed and that the Court order Meredith to produce any and all exit interviews and related documents prepared in connection with the departure of the employees listed in Exhibit F to the Mack Affidavit filed herewith.

BOS1376280.3

Dated:    April 30, 2004                RESEARCH COMMUNICATIONS, LTD.

By its Attorneys,

_/s/ David B. Mack_

Joseph C. Tanski   Ct. 22211
David B. Mack   Ct. 23151
NIXON PEABODY, LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000

Charles W. Pieterse   Ct. 01577
WHITMAN, BREED, ABBOTT & MORGAN
100 Field Point Road
P.O. Box 2250
Greenwich, CT 06836
(203) 869-3800

CERTIFICATE OF SERVICE

I, David B. Mack, hereby certify that a true copy of the above document was served upon the attorneys of record for each other party as follows :

James G. Sawtelle, Esq.
Duncan, Green, Brown,
  Langeness & Eckley
600 Seventeenth Street
Suite 2800 South
Denver, Colorado 80202-5402

Robert M. Callagy, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

by first class mail on April 30, 2004.

_/s/ David B. Mack_
David B. Mack

BOS1376280.3                                       2