UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | ) | CASE NO.: 3:00cv2179-avc |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALERIE CRANE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | May 6, 2004 |

### AFFIDAVIT OF BENJAMIN MEANS

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BENJAMIN MEANS, being duly sworn, deposes and says:

1. I am an associate with the firm of Satterlee Stephens Burke & Burke LLP, which has its offices at 230 Park Avenue, New York, New York 10169. I have been admitted *pro hac vice* in this matter, and I make this affidavit in support of the motion in limine of Meredith Corporation ("Meredith") to exclude Plaintiff's expert reports and the testimony of its designated experts, Suzanne Sell and Michael Grossman.

559708_1

2. Attached hereto as Exhibit A is a true and correct copy of the Court's February 6, 2001 document preservation order.

3. Attached hereto as Exhibit B is a true and correct copy of the April 25, 2002 memorandum from Valerie Crane to Suzanne Sell.

4. Attached hereto as Exhibit C is a true and correct copy of the expert report of Dr. Michael Grossman.

5. Attached hereto as Exhibit D is a true and correct copy of the letter from David Mack to Robert M Callagy and James G. Sawtelle, dated March 18, 2004.

6. Attached hereto as Exhibit E is a true and correct copy of the letter from David Mack to James G. Sawtelle, dated March 26, 2004.

BENJAMIN MEANS

Sworn to before me this
6th day of May, 2004

NOTARY PUBLIC

ABIGAIL SNOW
Notary Public, State of New York
No. 01SN5082486
Qualified in New York County
Commission Expires July 28, 2005

2

559708_1