# EXHIBIT A

Document1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------- x

RESEARCH COMMUNICATIONS, LTD.,    :    CASE NO. 3:00CV2179-AVC

        Plaintiff,    :

    - against -    :

MEREDITH CORPORATION,    :

        Defendant.    :    DECEMBER 29, 2000

------------------------------------- x

### MOTION FOR DOCUMENT PRESERVATION ORDER

Defendant Meredith Corporation moves this Court for an Order directing that, during the pendency of this litigation, plaintiff preserve and maintain all computer and electronic files relating to defendant Meredith Corporation and its employees and requests that the attached proposed Document Preservation Order be entered.

Respectfully submitted,

THE DEFENDANT
MEREDITH CORPORATION

By: _____
Elizabeth M. Smith
Fed. Bar No. ct 19808
Tyler Cooper & Alcorn, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Juris No. 00362
Tel.:   (860) 725-6200
Fax:   (860) 278-3802
Smithe@tylercooper.com

February 6, 2001. GRANTED absent objection. SO ORDERED.

Alfred V. Covello, Chief U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>MEREDITH CORPORATION, )<br>)<br>Defendant. )<br>) | CASE NO 3:00CV2179-AVC |

*February 6, 2001. GRANTED absent objection. SO ORDERED.*
*Alfred V. Covello, Chief U.S.D.J.*

## MOTION FOR DOCUMENT PRESERVATION ORDER

Plaintiff, Research Communications, Ltd., moves this Court for an Order directing that during the pendency of this litigation, defendant, Meredith Corporation, preserve and maintain all computer and electronic files, including but not limited to, all computer and electronic files of current or former employees Cary Jones, Kathy Zehr, John Zieser, John Loughlin and Bill Kerr, and requests that the attached proposed Document Preservation Order be entered.

Dated January 11, 2001

Respectfully submitted,

RESEARCH COMMUNICATIONS, LTD.

By: _____
Charles W. Pieterse (ct 01577)
Whitman Breed Abbott & Morgan
100 Field Point Road
Greenwich, Connecticut 06830
(203) 869-3800

16386