# EXHIBIT B

# Research Communications Ltd.

220 Forbes Road, Suite 400, Braintree, MA 02184     781-794-3031 Fax 781-794-1280

Memo to:    Suzanne Sell
From:       Valerie Crane, RCL
Date:       April 25, 2002
Re:         RCL Meredith Studies

**Background**

Pursuant to a 1998 contract, Research Communications, Ltd. ("RCL") performed research for ten television stations owned by Meredith Corporation ("Meredith"). In or about September 2000, Meredith canceled the contract prior to completion of all the studies set forth in the contract. In late 2000, RCL commenced suit against Meredith seeking amounts due under the contract including but not limited to payment for five different studies near completion. The lawsuit is pending in federal court in Connecticut.

As the plaintiff in this lawsuit, it is our position that RCL did good work and deserves to be paid for that work. In your reports, please address this issue directly.

**Assignment**

Hutchins, Wheeler, and Dittmar are hiring statistics consultants to examine our use of SPSS and statistical analyses in our studies. Your role as an industry research consultant will be to examine the body of work performed for Meredith under the contract.

John Loughlin was made President of the Broadcast Group in 1997. He observed that WSMV was the strongest station in the group. When he visited that station, Al Tompkins told him that the branding work and ongoing research studies RCL performed for WSMV each year were helpful in achieving and maintaining that position. John has a strong branding background and decided that the best chance for these media properties to survive was to develop a brand strategy. John and I worked out a plan that achieved this goal. Our work was moving along well but was cut off before the process was complete.

The contract covered two phases. The first phase was the Brand Strategy Development phase covering the steps outlined below. The Brand Group consisted of a change management/leadership consultant assigned by John Loughlin (Tom Simon 412-366-2502), a brand/business strategy expert (Bill Howe 703-629-1452), and a news consultant (Rich Sabreen currently EVP for Reuters 646-223-5942 (did not work on these projects), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 727-821-9494), and Valerie Hyman formerly of Poynter (727-866-3232). The brand process is a one-time cost to each client. Each of the following workshops was a two-day session.

1. Brand Vision Workshop (Valerie Crane and Tom Simon)
2. Brand Relevance: Targeting Your Audience (Benefits Segmentation Study) (Valerie Crane and Bill Howe)
3. Brand Personality: Developing a Brand Positioning (Valerie Crane and Bill Howe)
4. Brand Experience: News Product Study (Valerie Crane and News Consultant)
5. Brand Action Plan (Valerie Crane, Tom Simon, Bill Howe, News Consultant)

Although you are evaluating the work we did for Meredith, we have also done this workshop process for other media brands.

Phase II of the effort called for each station to evaluate one, two, or three of its products each year to assist in the ongoing development of product and its alignment with the overall brand strategy. Those stations with only one or two newscasts would perform one or two news product studies and/or a promotion study. Those stations with up to five newscasts in a day would evaluate up to three newscasts spaced throughout the year such that each newscast would be tested no more than once a year and/or a promotion study. Please also note that costs for product studies are affected by the

number of competitors in a market. Some had two competitors, others had as many as five. These feedback sessions were one full day.

In this effort we would like you to:
- Look at the branding model and workshop exercises, the reports, the methodology, and results and make a judgment about whether a station could derive direction from it.
- Determine whether RCL does good work.
- Determine whether the fees for the work were reasonable given the scope of work and deliverables.
- Address the issue of whether or not there is an industry standard in how much a station "should" spend on research.

If in your efforts you want to interview any RCL staff (current or former) and examine our RCL Handbook which stipulates steps in the research process, we will make that available to you.

John Loughlin, now at Primedia, was President of the Meredith Broadcast Group from 1997 through March 2000. He and I negotiated the contract. You can talk to him regarding our work at 212-726-4347. It would work best to set up a time to talk to him. John Loughlin is a current client of RCL. We have continued our brand work with his consumer magazines.

You may want to interview our Brand Team:
- Bill Howe (703-629-1452
- Tom Simon, Leadership Alignment (412-366-2502)
- Rich Sabreen, Reuters (646-223-5942)
- Al Tompkins, Poynter Institute (727-821-9494, X229)
- Valerie Hyman (727-866-3232)

You will start with one station (WHNS) and then take on WGCL at a later time. Here are the names of individuals you might want to talk to regarding WHNX. They have left Meredith and are available to talk to you. Let me know when you want to call these people and I will place an introductory call.
- Linda Sherman 704-442-2531
- Joe Heaton 864-288-2100
- Ted Fortenberry (can be reached at same number through Joe Heaton)

Here are the names of individuals you might want to talk to regarding WGCL. They have left Meredith and are available to talk to you. Let me know when you want to call these people and I will place an introductory call.

- Allen Shaklan 404-869-9413
- Chuck Cordray 212-448-4738
- Mike Davis (NY Communications) 610-352-5505 (Developed the Clear TV campaign)

Each project has the following documents:
- A PowerPoint presentation (both electronic and print version given to client on day of feedback). In Phase I, feedback sessions were two days with the appropriate brand consultant. Phase II feedback sessions were one day sessions.
- Handouts including placemats and pictures used in Workshop II.
- An Executive Summary.
- A Technical Report.
- A Data Report including the questionnaire with data filled in, tables with significance tests, and fully transcribed interview comments.
- An Action Plan based on what the station did in follow-up. (These were dictated by the station's desire to participate.) Each station was also responsible for developing a brand book after Workshop 5.

*[handwritten annotations: "paid direct by John Loughlin 727-402-9717"; "Mimi Mathis (WGCL promo) follow up 404-995-9914 was any measure done on Clear TV?"]*

Some of the files are missing for some stations. We can provide an explanation of why they are missing in interviews.

### Developing a Brand Strategy: The Brand Workshop Process

The brand workshops are attended by all department heads and others designated by them. Typically we meet with no less than 10 and sometimes as many as 25 staff at the station. A critical part of the process is communicating the brand work to the whole station.

**Brand Workshop I. Brand Vision.** Workshop I is not a research-driven exercise but an opportunity for a station to define its core values, business focus, and internal vision for its own future. This work builds on Collins and Porras (and others) and is a powerful tool for getting a group focused and aligned.

**Brand Workshop II. Benefits Segmentation: Targeting Your Audience.** For Brand Workshop II, RCL conducts *Benefits* Segmentation studies for its media clients. The underlying theory behind our work is Maslow's Hierarchy of Needs which is displayed with modifications (based on our media experience) in our presentations. While many different kinds of segmentation solutions (attitudes, usage, psychographics etc) can be pursued, we work from a motivational framework. The President of RCL has a Ph.D. in Social Learning and Motivation Theory from Fordham University.



The goal is to provide our clients with information on what the underlying needs are that drive viewers to a particular category. For the purposes of this analysis, all the studies were in the category of local news. Benefits Studies are designed to answer the question, "What is the need that local news fulfills, i.e, what is the viewer benefit?" Benefits are a powerful tool for the newsroom and marketing team because they are tangible elements they can incorporate into storytelling, promotion, teases, headlines etc. Phase I consists of 20 qualitative 1-1 interviews of up to one hour each for each study (the qualitative reports are available for your review). From these qualitative interviews, we generate benefits statements that are incorporated into the quantitative survey. Benefits statements must be "I" statements that tap into needs (I want information about what is going on in the area so I can keep my family SAFE), not attitudinal statements about product (I like anchors who are energetic) or about content (I like regional news in my area).

We perform a factor analysis on these benefits statements to derive the underlying benefits (usually five to ten depending on the market), and then conduct a cluster analysis using these factors to segment the audience by the benefits they derive from local news. In the Brand II Workshop, the station then selects which Benefits Segments they want to focus on and which benefits are of the most importance to them. During the workshop, the group watches part of a newscast and a promotion reel to determine whether the news stories fulfill viewer needs or benefits. At the end of the workshop, the group selects pictures of its viewers and profiles each viewer according to what the cluster analysis tells them.

RCL has also done many other Benefits Segmentation Studies in a wide range of categories beyond local news.

**Brand Workshop III. Brand Personality and Positioning.** In Brand Workshop III, the Brand Positioning Studies accomplished two things. All of the benefits generated in the first study are used to measure how well each station performs within its competitive set (the benefits are derived from the factor analysis in the Benefits Segmentation Study). In addition, a series of brand attributes are tested through a spin technique to generate attribute scores that are fed into a factor analysis. The factors from this study are called brand positions. Each station is evaluated on each of the brand attributes and each brand position. We also conduct a cluster analysis on the factor analysis but only use these clusters to determine which benefits group (from the previous study) align with which brand positions (we find that presenting too many clusters to the client is confusing to them). In the workshop, the station then goes through a series of drilldown exercises to assist them in the decision on what brand personality attributes they want to be central to their positioning. Bill Howe then leads them through an exercise to develop a brand positioning

statement. I know you probably know this, but by positioning statement we do not mean an icon or tagline/slogan for the station.

**Brand Workshop IV. The Brand Experience, The Product.** The first three workshops focus on the development of a brand strategy. Brand Workshop IV, a News Product Study, addresses whether the current product delivers on the benefits and the brand positioning. The newscasts are evaluated in terms of product quality (as reported by viewers) as well as benefits and brand attributes. Talent, image, viewing patterns, and interest in content are also measured (this part of these studies looks most like a typical tracking study).

**Brand Workshop V. Brand Action Plan.** At the last workshop, all four consultants return to the station. Bill Howe works with the marketing team, Tom Simon with sales, the news consultant with the newsroom, and RCL works with management. Teams switch back and forth with different consultants as well so each is exposed to the expertise available. In a two-day session, the groups followed the action plan format (Goals/objectives/strategy/tactics/timetable/person assigned/ measures). ~~Each department develops their own plan and then presents their work back to the group at the end of the second day for critique and feedback.~~ This planning gives the station tangible goals they can measure their own success against. This part of the process was underway but not complete. We were halted toward the end of Phase I and before Phase II had really taken hold. However, the stations currently under review did complete theirs.

Once the brand process is completed, product studies are conducted over time to make sure the product aligns with the brand strategy. In addition to assuring that product aligns with the brand strategy, marketing must also follow. Promotion Studies were scheduled and designed to assist in the development of a brand campaign (perhaps with a slogan) and also the development of effective on-air and print promotion.

**Work Product**

For the purposes of this assignment, we would like you to:
- Determine whether this body of work represents sufficiently high quality that it deserves compensation.
- Determine whether, in your opinion, a television station should be able to take action on its marketing and news efforts.
- Determine whether *this research* would lead a station to lose significant revenue.
- Determine whether *this research* would lead to a significant decline in ratings.
- Determine whether the conclusions reflect personal opinion that is not reflected in the results.
- Examine the overall quality of the work and determine what was done well and what parts of the work are faulty from a research perspective, and do not meet industry standards.

We would also like an opinion from you as a researcher in the industry whether the costs for the work done was appropriate, given the scope of work, and whether there is an industry standard that establishes the amount that should be spent, if any.