# EXHIBIT C

**OPINIONS IN THE MATTER OF
RESEARCH COMMUNICATIONS, LTD.
v. MEREDITH CORPORATION
AND
MEREDITH CORPORATION v.
RESEARCH COMMUNICATIONS, LTD.
AND VALERIE CRANE**

Prepared by Michael A. Grossman
June 27, 2003

Pursuant to Fed. R. Civ. P. 26, Research Communications, Ltd. ("RCL") and Valerie Crane herby submit this expert report of Michael A. Grossman. RCL and Valerie Crane hereby reserve the right to supplement this report. Mr. Grossman states as follows:

I.  **QUALIFICATIONS**

I am the President of Strategic Advantage Inc. a company founded and incorporated in 1990. I have been a management consultant for over thirty (30) years and have previously worked for the New York Life Insurance Company, Transportation Systems Center, Arthur D. Little, Inc., Bank of Boston, Dove Associates, and Abt Associates, Inc. I have a B.A. from New York University and an M.A. from State University of New York (Stony Brook). I have specific experience with market segmentation studies, including without limitation studies concerning products and customer preferences for distributors of industrial supplies, leading soft drink bottlers, a maker of distilled spirits, a large national brewing company and the US Department of Transportation. I have personal experience using factor analysis, principal components analysis, canonical correlation analysis, cluster analysis, including both hierarchical and K-means clustering, multiple regression, analysis of variance and many other multivariate statistical methods. Attached hereto as <u>Exhibit 1</u> is my curriculum vitae, including a partial list of publications. I have not testified as an expert at trial or by deposition in any cases within the last four years. I am being paid $10,000 for my time in preparing this report. I will be compensated at the rate of $250 per hour for any further services in this matter. My expenses are being reimbursed.

II.  **INFORMATION CONSIDERED**

In preparing this report, I have relied upon my educational and occupational training and experience in statistics and marketing research, including market segmentation studies. I have also consulted a number of books and scholarly texts on theses topics, which references are listed in the

1

footnotes to this report. In addition, I have reviewed or consulted the following materials: the RCL Benefits Segmentation Study (both the executive summary and the technical report) for WGNX (Atlanta), WOFL (Orlando) and KVVU (Las Vegas); the SPSS output for two factor analyses performed by Bonita Soley (or her team under her direction) for WGNX; the factor and cluster analyses performed by Lori Rossi, RCL Research Analyst, for KVVU; the factor and cluster analyses performed for WOFL, Orlando by and/or under the direction of Beth Rabin, RCL Vice President, Research, and that portion of the RCL Analysts' Handbook pertaining to market segmentation analyses. I have also reviewed the reports of Ronald L. Nuttall, Suzanne Sell, and Allen Dwayne Ball (both his initial report of March 2002 and his supplement of May 2002). In addition, I have spoken at length with Susan Crohan, Vice President of RCL, and Valerie Crane, President of RCL, concerning RCL's research practices and procedures, including without limitation those practices and procedures relating to benefits segmentation studies, factor analysis and cluster analysis.

## III. THE GOALS AND METHODOLOGY OF RCL BENEFITS SEGMENTATION STUDIES

### A. The Goal and Design of Benefits Segmentation Studies

RCL conducts various types of research for a range of clients in broadcast TV, the cable industry, and magazines. This research for clients includes without limitation benefits segmentation studies, product studies, positioning studies, promotion studies, and lifestyles studies. This report will address in depth benefits segmentation studies and the use of factor and cluster analyses in connection therewith.

The goal of a benefits segmentation study conducted by RCL on behalf of a broadcast television station is to discover consumer needs, wants and desires for a service or product, translate them into a set of benefits that can be perceived by the consumer, and then measure or rank the impact of each of the benefits on the consumer.

The theory upon which the RCL benefits segmentation study is based is known as the hierarchy of needs, which was developed by Abraham H. Maslow. Based on the hierarchy of consumers' needs for a service or a product, RCL has distilled this theory to produce a methodology that identifies a set of benefits to using the product or service that can be perceived by the consumer. A product or service that provides these benefits will be purchased or used by the consumer.

With regard to benefits segmentations studies conducted by RCL for broadcast television stations such as those stations owned by Meredith Corporation ("Meredith"), there are generally three to five objectives or goals of such studies:

1. Identify key benefits of watching local news/understand the benefits of local news viewing for the development of news product and promotion;

2. Segment the news viewing audience by benefits of local viewing;

3. Determine opportunities and restraints for building key audience segments;

4. Define a target audience for the station in terms of primary and secondary targets; and

5. Measure the image of local area newscasts, including that of the client.

A benefits segmentation study consists of several steps:

1. A small number (less than 50) of in-depth telephone interviews with local news viewers are conducted. The participants are paid a nominal fee for their time. Viewers respond to questions designed to discover the reasons they watch local news and the benefits they derive therefrom.

2. The qualitative information obtained in the in-depth interviews is used to develop a telephone survey for a large sample (600) of local news viewers.

3. The participants in the telephone survey answer questions about demographics, psychographics, media usage, and local news usage and image, and rate a series of benefits statements about local news.

4. A segmentation analysis is performed, which includes the following steps:

   a. A factor analysis is performed to define a set of benefit factors (fewer than ten) based on the benefits questions in the survey.

B1257320.2                                                                    3

    b. Market segments are developed by performing a cluster analysis of the respondents based on their scores on the benefit factors.

    c. In order to identify opportunities and restraints for the client, each segment is profiled according to responses to questions on demographics, psychographics, local news attitudes and behaviors, media usage and habits, interest in topics (news), and local news viewing habits and image, overall and by time of day.

5.   A report is delivered and a presentation is made to the client.

**B.   Data Gathering**

RCL uses a two-stage process in gathering the data upon which a benefits segmentation study is based. RCL first conducts a series of in-depth interviews to identify the issues for the consumer. From the results of these in-depth interviews, a questionnaire is constructed to elicit consumer demographics, attitudes, preferences and benefits derived from watching local newscasts. Benefits are measured on a ten-point scale (10 is strongly agree to 0 strongly disagree).

The telephone survey is administered to a random sample of people 18 years or older who watch the local news at least once a week. A random sample is used to avoid a bias in the data due to the selection of respondents. As the respondents were chosen randomly, the results should be representative of the population being sampled. If the demographics of the survey respondents differ from the population demographics by more than five percent, the sample is weighted to ensure that the results of the sample are representative of the population. For example, if the percentage of women in the sample is 46% but the percentage of women in the population is 52%, the results for women would be multiplied by 1.13 (52/46), and the results for men would be multiplied by 0.93 (46/52).

Typically, RCL uses a sample size of 600 to yield an accurate sample. A sample is accurate if the characteristics of the participants are close to the characteristics for the population as a whole, i. e., the difference between the characteristics of the sample and the population as a whole are within the specified margin of error for the sample.

### C. Segmentation of the Data

The answers to the benefits questions (called variables) in the telephone survey serve as the basis for the segmentation of the local news market. Only answers to benefits questions (i.e. questions designed to discern the experienced benefits of watching local news) should be used for the benefits segmentation. RCL uses only benefits questions in its segmentations. Including responses to attitudinal, preference, demographic or media usage questions is inappropriate and confounds the analysis. In addition, mixing benefits statements with non-benefits statements makes interpretation difficult and may result in the inability to form a plan of action to take advantage of the benefits that consumers experience.

The segmentation is accomplished in two stages: a factor analysis to extract the latent benefits perceived by consumers and a cluster analysis to group the respondents into market segments.

#### 1. Factor Analysis

Factor analysis is a statistical technique used to identify a relatively small number of factors. A factor is a group of responses that correlate strongly with each other. A factor can be thought of as a grouping of items or questions that bear a significant relationship to each other. Factors can be used to represent relationships among sets of many interrelated variables. "One goal is to represent relationships among sets of variables parsimoniously. That is, we would like to explain the observed correlations using as few factors as possible. If many factors are needed, then little simplification or summarization occurs. We would also like the factors to be meaningful. A good factor solution is both simple and interpretable. When factors are interpretable, new insights are possible."[1] Factor analysis is a method by which to summarize the observed data. Factor analysis characterizes both the relationships between several answers given by an individual participant, as well as the relationships between the different individuals answering the questions.

The two terms in the previous paragraph, **meaningful** and **simple**, have specific statistical definitions in the context of factor analysis. The term simple (or statistical simplicity) means that each of the observed variables is related to one and only one factor. More than one variable may be related to the same factor, but no variable may be related to more than one factor. If a variable is related to more than one factor, it is said to cross-load on the factors.

An analysis is meaningful (or scientifically meaningful) if it provides a model of the data which retains the relationship between the variables measured and which conforms to what is known about the data. "If scientific meaningfulness rather than a mathematical standard is imposed, then the judgment of the investigator must be invoked"[2] The judgment of the researcher is required to ensure that the model of the data is not counterintuitive and conforms to what is known of the data being studied. Any deviations from this intuitive model must be backed-up by specifically identified relationships in the data. In short, it must make sense to the researcher and the business executive who will try to implement the researcher's results.

The first step in a factor analysis is to extract the initial factors from the data. The goal of factor extraction is data reduction. The number of variables (i.e. answers to questions) should be significantly reduced to a much smaller number of factors. " ... [O]ne objective of factor analysis is to "best" reproduce the observed correlations. This objective can be traced to Thurstone's statement: "The objective of a factor problem is to account for the tests, or their inter-correlations, in terms of a small number of derived variables, the smallest possible number that is consistent with acceptable residual errors."[3]

There are many equally valid methods by which to extract factors. RCL uses the unweighted least squares method for its benefits segmentation. The unweighted least squares method (also referred to as the minres method) accomplishes the objective of factor analysis. Unweighted least squares maximizes

the correlation between the factors and the observed variables. This may be thought of as the best method for retaining the relationships between the large number of original variables and the reduced number of factors. Any error is measured by the sum of squares of residuals between the observed correlations (i.e., the original variables) and the reproduced correlations (i.e., the factors). This method minimizes the sum of the squared residuals and is therefore referred to as least squares or minimum residuals. The unweighted least squares method of factor extraction is a method that is well-accepted in the discipline of statistics and the market research industry.

The factor scores calculated from the factors obtained in the factor analysis are clustered to form the benefits segments. It is desirable to keep the relationship between the factors as close to that between the original variables for the purpose of clustering them.

### D.    Sensitivity and Stability of the Factor Analyses Solution; Factor Analysis Requires the Researcher to Make Judgments About the Data.

The work of a researcher does not end upon specifying the method of factor extraction. Factor analysis is an exploratory technique. Factor analysis requires the researcher to uncover the underlying structure of a relatively large number of variables. "The researcher's à priori assumption is that any variable may be associated with any factor. This is the most common form of factor analysis. There is no prior theory and one uses factor loadings to intuit the factor structure of the data."[4] At RCL this judgment is a team effort among senior staff, the project manager, the team leader and the final reviewer. Each factor analysis generates a result, or "solution". The researcher must test the stability and sensitivity of the solution to changes in the variables entered into the analysis and the optimality and parsimoniousness of the solution. In other words, the researcher must consider whether there exists a better, more informative solution, and must determine whether an equivalent solution can be achieved with fewer variables in the analysis. To arrive at an optimal solution, therefore, the researcher must perform a number of analyses by adding and deleting variables (responses to questions) from the analysis. The

researcher should be able to gauge the influence of any variable on the solution and on the other variables. If removing or adding a variable from the analysis does not change the solution in a material manner, then the variable may be eliminated as superfluous.

Sensitivity analysis of a factor model whereby the researcher deletes a number of variables or varies the number of factors to study the effects on the solution is an accepted and standard statistical practice. The stability of the solution is checked by doing this and alternate and perhaps superior forms of the solution are evaluated. By stability, statisticians mean the effect of one variable or factor being able to radically change the solution by its inclusion or omission. A small change in the data should only result in a small change in the result for a stable solution.

### E. Cluster Analysis - Segmentation

The segments of a local news viewing audience are formed using cluster analysis, a statistical technique to group similar items or individuals together. The goal is to minimize the variation among the items in a cluster, while maximizing the variation among the clusters. Items within a cluster should be very similar to each other and the items in each cluster should be different and distinct from items in other clusters. In the benefits segmentations conducted by RCL, factor scores were used as a basis for clustering the survey respondents.

One particularly efficient and commonly used method for clustering a large number of observations (600 respondents) with a relatively few number of variables (5 to 10 factors) is the K-means algorithm. The K-means algorithm optimally segments the data in distinct clusters once the researcher has specified the number of clusters. Since the number of clusters specified is based on the researcher's judgment and is not optimized by an objective measure, it is commonly accepted and good statistical practice to perform several K-means cluster analyses varying the number of clusters.

As the researcher examines the results of each cluster analysis, the criteria that are used to judge the solutions are: simplicity of the clusters, balanced size of the clusters, meaningfulness of the clusters, and reduction in the number of clusters from the original number of respondents. The goal is to simplify the data so that this last criteria judges whether the cluster analysis has reduced the number of respondents to the smallest number of clusters that can explain the data in a scientifically meaningful manner. Simplicity of the clusters is similar to simplicity of factors discussed above. Each original variable should load primarily in one cluster and not cross-load onto multiple clusters. Benefits should not be split among clusters. The meaningfulness of each of the clusters implies they should be easily explainable to the end user of the analysis and not contradict prior knowledge of the data. (If the researcher finds results that contradict prior knowledge of the data, then a strong and well-reasoned argument must be made for the new interpretation of the data.) The size of the clusters should be balanced. No cluster should contain a majority of the observations. Nor should any cluster be so exclusive as to contain only a few observations.

## IV. OPINIONS

I expect to testify to the following four opinions. Each opinion is rendered to a reasonable degree of scientific certainty. In addition to the specific bases identified with respect to each of the following opinions, each such opinion is based on my education, training and experience, the information I reviewed (described in Section II of this report) and the detailed discussion set forth in Section III of this report).

    A.    **The Methodology Employed By RCL In The Performance Of Benefits Segmentation Studies, Including Factor And Cluster Analyses, Was Proper And Was Consistent With Well-Established Statistical And Market Research Standards.**

The bases of this opinion are as follows:

- RCL's practice was to select participants based on a random sample that was weighted where necessary to conform to the sex, age, ethnicity and household income of the population.

- Factor and cluster analyses are well accepted, statistical methods by which to simplify, interpret and reduce a large amount of data.

- The protocols established by RCL for the application of factor and cluster analyses ensure solutions that were simple, meaningful and interpretable.

- The methodology employed by RCL required the researcher to test the solution for stability and sensibility, in addition to simplicity and meaningfulness.

- The procedures outlined in the RCL Analysts' Handbook concerning factor analysis were entirely consistent with and met good and accepted statistical and marketing research standards.

B.   **The Benefits Segmentation Study For WGNX Was Conducted In A Manner Consistent With Well-Established Statistical And Marketing Research Standards.**

The bases of this opinion are as follows:

- RCL followed all the procedures and statistical methodologies outlined in Section III above and as specified in its Handbook.

- The results of the factor model presented to WGNX exhibit statistical simplicity and meaningfulness.

- The results presented to WGNX are statistically simple, balanced and easily interpretable.

C.   **The Benefits Segmentation Studies Conducted By RCL For WOFL And KVVU Were Performed In A Manner Consistent With Well-Accepted Statistical And Marketing Research Standards; To The Extent The Other Benefits Segmentation Studies Conducted By RCL For Meredith Employed Similar Methodology, Such Other Studies Also Were Properly Performed.**

The bases of this opinion are as follows:

- RCL followed all the procedures and statistical methodologies outlined in Section III above and as specified in its Handbook.

- The results of the factor model presented to WOFL and KVVU exhibit statistical simplicity and meaningfulness.

- The results presented to WOFL and KVVU are statistically simple, balanced and easily interpretable.

B1257320.2                                   10

D.  **The Two Factor Analyses Conducted By Bonita Soley On The WGNX Benefits Segmentation Study Deviated From Accepted Statistical And Marketing Research Standards; RCL's Decision To Correct Dr. Soley's Work Was Proper.**

The bases of this opinion are explained below.

I have reviewed the syntax for two factor analyses that were run by Dr. Soley or her team on the WGNX benefits segmentation study. The first factor analysis was identified by Dr. Soley as "without questions 47 & 45". The second analysis built on the first by removing questions 16-20 and specifying ten (10) factors that were to be included in the final model. These two factor analyses were performed using principle components analysis extraction, the SPSS software default. As noted in Section III above, however, RCL's practice was to employ the unweighted least squares method of factor extraction.

To facilitate the review of these two factor analyses, RCL input the syntax into the same statistical program used by Dr. Soley. SPSS is a commonly used and well-accepted computer program for Statistical analysis. The tables that resulted were printed out and given to me for review. The two factor analyses lack statistical simplicity and scientific meaningfulness. Fourteen of the thirty-five variables included in the first factor analysis (without questions 47 and 45) cross-load on to other factors. This result for the first factor analysis is shown in Exhibit 2 hereto and the result for the second factor analysis is shown in Exhibit 3 hereto.

Employing a commonly used statistical standard and one that is recommended in the RCL Analysts' Handbook to remove the cross-loading variables (any variable that does not load on a factor by more than 1.25 times the second highest loading on any other factor)[5] yielded a factor model with five factors composed of 25 variables. This result is shown in Exhibit 4 hereto. The shortcoming of this factor model is that each of these factors does not have a distinctive, unique benefit theme, and, therefore, is not a scientifically meaningful solution. For example, factor 5 is composed of questions 44 and 30. Question 44, however, is a "make up my own mind" benefit, whereas question 30 is a convenience

benefit. Question 44 is most similar to questions 42, 26, 23, and 12 that make up the bulk of factor 3. Question 30, however, appears to be most similar to question 33 in factor 2. This "cross loading" of questions with similar import onto different factors violates the statistical principal of simplicity. Question 16 has a completely different theme from the remainder of the questions in factor 3. Factor 2 is also not homogenous. Questions 41, 37, 38, and 39 are entertainment benefits, whereas question 20 is a connection/familiarity benefit; questions 40 and 33 are two completely different and new themes for the factor.

This phenomenon of variables with similar benefits loading on different factors and the lack of a logical explanation of the factors indicate that this iteration of the factor model has failed. It is neither statistically simple nor scientifically meaningful. The factor model is not finished and must be rerun by adjusting the variables entered into the model and/or the number of factors in the model. RCL properly did not present this solution to WGNX because the solution did not contain a set of coherent segments. It would have been meaningless to the station. As this factor analysis was not complete and required further work, no cluster analysis could be run based on it.

The second factor analysis (with the ten factors) run by Dr. Soley has similar flaws. See Exhibits 3 and 5. The results from these models do not yield a clear, understandable set of segments. Therefore, these models have failed to produce segmentations that meet the commonly accepted statistical criteria for simplicity and meaningfulness. Additional work on the factor analysis was needed. RCL properly did not present this solution to WGNX. Again, because this factor analysis was not complete and required further work, no cluster analysis could be run based on it.

B1257320.2                                    12

Footnotes:

1. Marija J. Norusis, *SPSS Advanced Statistics Guide*, SPSS, Inc., Chicago, Il, P. 151

2. Harry H. Harmon, Modern Factor Analysis, 3rd Edition Revised, University of Chicago Press, Chicago, IL, 1976. P. 5.

3. IBID, P. 174. Quoting Thurstone, L. L., *Multiple Factor Analysis*, Chicago, University of Chicago Press, 1947. P. 61.

4. From the Exploratory Factor Analysis paragraph in the StatNotes - Overview to Factor Analysis for PA 765 an online textbook for Quantitative Research in Public Administration, Professor G. David Garson, North Carolina State University, Raleigh, NC
URL: http://www2.chass.ncsu.edu/garson/pa765/factor.htm

5. RCL Analysts' Handbook P. 67

Respectfully submitted,

*[signature: Michael A. Grossman]*

Michael A. Grossman