# EXHIBIT C-1

## Exhibit 1

**Michael A. Grossman, President, Strategic Advantage, Inc.**
9 Yarmouth Road, Suite 201, Wellesley, MA 02481-1233
(781) 431-1201, Fax (781) 235-1018, Email: strategicadvantage@attbi.com

**Key Qualifications**

*Michael Grossman has over 30 years of experience in market research, credit risk, banking, clinical research, operations management, and litigation support. His career has been a progression of successively more responsible positions each providing greater management responsibilities and increasingly significant professional challenges.*

**Professional Experience**

2001- present   **President, Strategic Advantage, Inc., Wellesley, MA**
Provides biostatistical, data management, and programming assistance to biotech and pharmaceutical companies. Directing statistics and data management for a pivotal trial for antihistamine. Partner in consortium to develop electronic data capture, data management and analysis for clinical trials.

1999 – 2001   **Principal Biostatistician, Biostatistics and Epidemiology, Abt Associates Clinical Trials, Cambridge, MA**
Managed client casework, contact and sales. Directed studies to analyze clinical trials, patient registries and marketing studies. Directed a team of statisticians, programmers, data managers and other professionals to insure the accuracy, timeliness and quality of casework and that all deliverables are within budget. Designed clinical trials and epidemiological investigations. Responsible for statistical reviews and preparing statistical sections for protocols. At AACT he:

- Directed litigation support comparing the effectiveness of two drugs for metastatic cancer

- Directed registries for cartilage implant patients and for overactive bladder patients

- Demonstrated the superior patient satisfaction and acceptance of a needle free device for the delivery of insulin in juvenile diabetics – 510K submission approved

- Directed design and analysis of clinical trial for intermittent claudication

1989 – 1999   **President, Strategic Advantage, Inc., Wellesley, MA**
Provided quantitative services in product positioning, market segmentation, customer satisfaction and credit risk measurement. Managed client relationships, project budget, project marketing, proposal and report writing. Projects included:

- Customer segmentation based on the characteristics of service desired for a multinational distributor of industrial supplies. In addition to creating the service based customer segments, the study identified key programs to expand sales and defend market share.
- For a leading soft drink bottler, segmented channels of distribution and established profitability by customer. In another assignment, determined the profitability impacts of distributed versus centralized bottling.
- For a regional bank, used results of customer satisfaction surveys to determine where executives should increase investment to maximize profit by measuring customers' evaluation of importance and company performance for each attribute of product and service.
- Measured customer satisfaction and willingness to pay for quality for a regional telephone company. Applied these results to quantify the relationship between customer satisfaction and retention.

B1257320.2

| | |
|---|---|
| 1997 – 1998 | **Adjunct Faculty, Boston University Graduate School of Management, Boston, MA**<br>Taught statistics and applied operations research. |
| 1991 – 1993 | **Adjunct Faculty, Babson College, MBA Program, Wellesley, MA**<br>Taught statistics and applied operations research. |
| 1988 – 1989 | **Partner, Dove Associates, Boston, MA**<br>Provided strategic planning, litigation support, and quantitative services for ATM networks and banks. Directed analysis of transaction data to support finding of economic harm to national ATM network for litigation support. Forecast transaction volume and market share for regional ATM strategic plan. Reviewed risk management and credit policy for super-regional bank. |
| 1986 – 1988 | **Director, Risk Adjusted Loan Loss, Strategic Planning, Bank of Boston, Boston, MA**<br>Directed development of information center integrating bank's major reporting systems to forecast credit risk exposure in the commercial lending portfolio. Developed forecasting model for commercial portfolio loan loss. |
| 1977 – 1986 | **Senior Management Consultant, Arthur D. Little, Inc., Cambridge, MA**<br>Specialized in finance and market research. Defined consumer preferences in terms of easily measured characteristics. These insights resulted in successful new product introductions and the repositioning of existing products. Directed development of risk rating models for commercial debt portfolios, achieving payback of over eight times cost within the first year. Directed biostatistics for clinical and pre-clinical trials. |
| 1974 – 1977 | **Senior Statistician, Transportation Systems Center, Cambridge, MA**<br>Founded Statistical Analysis Branch for Information Division. Conducted studies of commodity flows on transportation networks, energy usage in transportation and research into more fuel-efficient automobiles. |
| 1964 – 1974 | Actuarial Trainee, New York Life Insurance Company<br>Lieutenant, US Army Corps of Engineers<br>Mathematics Instructor, Pine Manor College |

**Education**

M.A., State University of New York at Stony Brook, NY; Mathematics, 1971
B.A., New York University; Mathematics, 1964

**Memberships**

American Statistical Association
Boston Securities Analysis Society (BSAS)
Association for Investment Management and Research (AIMR)
Quantitative Discussion Group (QWAFAFEW)

**Publications**

Over three dozen publications in the field of statistics applied to clinical research, product positioning, market segmentation, and transportation. The three most recent are:

Boone, Kusek, Nyberg, Steele, Pashos, Grossman, Diokno, Bull, and Albrecht, "Treatment Patterns and Associated Symptom Improvement During Six Months of Care for Overactive Bladder: A Prospective, Observational Study", *Clinical Therapeutics*, Vol. 24, No. 3, 2002.

B1257320.2

Diokno, Lee, Zorn, Lenderking, Grossman, Bull, and Albrecht, "Factors Associated with Clinical Assessment of Overactive Bladder and Selection of Treatment", *Clinical Therapeutics*, Vol. 21, No. 9, 2001.

Murray, Silverstein, Frye, Gertner, Johnson, Diamond and Grossman, "Clinical Testing and Patient Satisfaction with Use of a New Needle-Free Device in Children", *Today's Therapeutic Trends, The Journal of New Developments in Clinical Medicine*, Vol. 18, No. 4, 2000.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Two papers that concentrate on segmentation and clustering are:

Grossman, Hanson and Kendall, "Product Dimension Analysis: Applications of Multivariate Techniques in Sensory Measurement", *Proceedings of the American Statistical Association*, 1983

Glickman and Grossman, "Frequency Clustering in Selected Transportation Planning Applications", *Proceedings of the Fourth Annual Intersociety Conference of Transportation*, 1976

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*