# EXHIBIT C-2

**Exhibit 2**

OUTPUT FROM BONITA'S FIRST FACTOR ANALYSIS

****without q47 or q45******** .


FACTOR
    /VARIABLES q11 q12 q13 q14 q15 q16 q17 q18 q19 q20 q21 q22 q23 q24 q25 q26
    q27 q28 q29 q30 q31 q32 q33 q34 q35 q36 q37 q38 q39 q40 q41 q42 q43 q44
    q46  /MISSING
    LISTWISE /ANALYSIS q11 q12 q13 q14 q15 q16 q17 q18 q19 q20 q21 q22 q23 q24
    q25 q26 q27 q28 q29 q30 q31 q32 q33 q34 q35 q36 q37 q38 q39 q40 q41 q42
     q43 q44 q46
    /PRINT INITIAL ROTATION
    /FORMAT SORT BLANK(.15)
    /CRITERIA MINEIGEN(1) ITERATE(25)
    /EXTRACTION PC
    /CRITERIA ITERATE(25)
    /ROTATION VARIMAX
    /SAVE REG(ALL) .

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                    Page 1


- - - - - - - - - -  F A C T O R   A N A L Y S I S  - - - - - - - - - - -



Analysis number 1   Listwise deletion of cases with missing values


Extraction   1 for analysis   1, Principal Components Analysis (PC)


Initial Statistics:


| Variable | Communality | * | Factor | Eigenvalue | Pct of Var | Cum Pct |
|----------|-------------|---|--------|------------|------------|---------|
| Q11 | 1.00000 | * | 1 | 13.10187 | 37.4 | 37.4 |
| Q12 | 1.00000 | * | 2 | 1.81897 | 5.2 | 42.6 |
| Q13 | 1.00000 | * | 3 | 1.40841 | 4.0 | 46.7 |
| Q14 | 1.00000 | * | 4 | 1.21284 | 3.5 | 50.1 |
| Q15 | 1.00000 | * | 5 | 1.10317 | 3.2 | 53.3 |
| Q16 | 1.00000 | * | 6 | .99250 | 2.8 | 56.1 |
| Q17 | 1.00000 | * | 7 | .97991 | 2.8 | 58.9 |
| Q18 | 1.00000 | * | 8 | .82106 | 2.3 | 61.3 |
| Q19 | 1.00000 | * | 9 | .78727 | 2.2 | 63.5 |
| Q20 | 1.00000 | * | 10 | .76987 | 2.2 | 65.7 |
| Q21 | 1.00000 | * | 11 | .75591 | 2.2 | 67.9 |

B1257320.2

| | | | | | | |
|-----|---------|---|----|--------|-----|-------|
| Q22 | 1.00000 | * | 12 | .73997 | 2.1 | 70.0 |
| Q23 | 1.00000 | * | 13 | .69128 | 2.0 | 72.0 |
| Q24 | 1.00000 | * | 14 | .68880 | 2.0 | 73.9 |
| Q25 | 1.00000 | * | 15 | .62574 | 1.8 | 75.7 |
| Q26 | 1.00000 | * | 16 | .60883 | 1.7 | 77.4 |
| Q27 | 1.00000 | * | 17 | .57762 | 1.7 | 79.1 |
| Q28 | 1.00000 | * | 18 | .57147 | 1.6 | 80.7 |
| Q29 | 1.00000 | * | 19 | .52946 | 1.5 | 82.2 |
| Q30 | 1.00000 | * | 20 | .49799 | 1.4 | 83.7 |
| Q31 | 1.00000 | * | 21 | .48961 | 1.4 | 85.1 |
| Q32 | 1.00000 | * | 22 | .47898 | 1.4 | 86.4 |
| Q33 | 1.00000 | * | 23 | .46407 | 1.3 | 87.8 |
| Q34 | 1.00000 | * | 24 | .44757 | 1.3 | 89.0 |
| Q35 | 1.00000 | * | 25 | .43395 | 1.2 | 90.3 |
| Q36 | 1.00000 | * | 26 | .42029 | 1.2 | 91.5 |
| Q37 | 1.00000 | * | 27 | .40246 | 1.1 | 92.6 |
| Q38 | 1.00000 | * | 28 | .36831 | 1.1 | 93.7 |
| Q39 | 1.00000 | * | 29 | .36132 | 1.0 | 94.7 |
| Q40 | 1.00000 | * | 30 | .34656 | 1.0 | 95.7 |
| Q41 | 1.00000 | * | 31 | .32926 | .9 | 96.6 |
| Q42 | 1.00000 | * | 32 | .31911 | .9 | 97.6 |
| Q43 | 1.00000 | * | 33 | .30193 | .9 | 98.4 |
| Q44 | 1.00000 | * | 34 | .28584 | .8 | 99.2 |
| Q46 | 1.00000 | * | 35 | .26782 | .8 | 100.0 |

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                          Page 2

- - - - - - - - - - -  F A C T O R   A N A L Y S I S  - - - - - - - - - - -

PC   extracted   5 factors.

VARIMAX   rotation   1 for extraction   1 in analysis   1 - Kaiser Normalization.

VARIMAX converged in 11 iterations.

Rotated Factor Matrix:

| | Factor 1 | Factor 2 | Factor 3 | Factor 4 | Factor 5 |
|-----|----------|----------|----------|----------|----------|
| Q11 | .70447 | .28133 | | .17873 | |
| Q15 | .68115 | .24626 | .18769 | | .24301 |
| Q46 | .63913 | | .23942 | .15657 | |
| Q14 | .62676 | .16046 | .23499 | | |
| Q13 | .53173 | | .32364 | .34986 | |
| Q28 | .50499 | .30076 | .26188 | .37394 | |
| Q27 | .48279 | .33445 | .16971 | .40119 | |
| Q21 | .40120 | .22022 | .25576 | .37260 | .16706 |
| Q34 | .38492 | .27123 | | .33329 | .20708 |

| | | | | |
|---|---|---|---|---|
| Q41 | | .65813 | .35417 | |
| Q37 | .19256 | .63013 | .21870 | .27387 |
| Q38 | .37844 | .61015 | | .24521 |
| Q39 | .33241 | .58263 | | .22059 |
| Q20 | .22149 | .55878 | .15798 | .34555 |
| Q40 | .33709 | .54753 | .25077 | .23685 |
| Q29 | .37833 | .43950 | .39899 | |
| Q33 | | .42016 | .30333 | .29814 | .28486 |
| Q31 | | .40236 | .22607 | .35407 | .36323 |
| | | | | |
| Q42 | | .15716 | .67471 | | .23290 |
| Q26 | .20362 | .25245 | .62536 | .18949 |
| Q23 | .24808 | | .58139 | .18336 |
| Q12 | .39734 | .21894 | .58058 | .20667 |
| Q16 | | .16756 | .57899 | .38324 | .22180 |
| Q24 | .43103 | | .47669 | .31754 |
| Q19 | .40097 | .36755 | .42911 | |
| | | | | |
| Q25 | .18547 | .16664 | .28990 | .69509 |
| Q36 | .15394 | .20999 | .26394 | .66436 |
| Q35 | .37314 | .29367 | | .61287 |
| Q18 | .16784 | .48488 | | .59123 |
| Q22 | .28957 | .27455 | .35012 | .52952 |
| Q17 | .26552 | | .38727 | .39536 |

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                    Page 3

- - - - - - - - - -    F A C T O R   A N A L Y S I S    - - - - - - - - - -

| | Factor 1 | Factor 2 | Factor 3 | Factor 4 | Factor 5 |
|---|---|---|---|---|---|
| Q44 | | | .15272 | | .71408 |
| Q32 | | | .45555 | .21173 | .50676 |
| Q30 | .30155 | .31768 | | .31128 | .48322 |
| Q43 | .34165 | | .32653 | .23973 | .42163 |

Factor Transformation Matrix:

| | Factor 1 | Factor 2 | Factor 3 | Factor 4 | Factor 5 |
|---|---|---|---|---|---|
| Factor 1 | .52539 | .48402 | .46126 | .48625 | .20123 |
| Factor 2 | -.31185 | -.40481 | .73955 | -.13423 | .41704 |
| Factor 3 | -.76201 | .55393 | -.07648 | .26622 | .18919 |
| Factor 4 | .21118 | .28102 | -.25706 | -.55679 | .70734 |
| Factor 5 | .03827 | -.46480 | -.41033 | .60387 | .49946 |

5 PC  EXACT  factor scores will be saved.

B1257320.2

Following factor scores will be added to the working file:

| Name | Label |
|------|-------|
| FAC1_2 | REGR factor score   1 for analysis   1 |
| FAC2_2 | REGR factor score   2 for analysis   1 |
| FAC3_2 | REGR factor score   3 for analysis   1 |
| FAC4_2 | REGR factor score   4 for analysis   1 |
| FAC5_2 | REGR factor score   5 for analysis   1 |

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                                  Page 4

B1257320.2