**EXHIBIT C-3**

**Exhibit 3**

```
OUTPUT FROM BONITA'S SECOND FACTOR ANALYSIS

**************
FACTOR
  /VARIABLES q11 q12 q13 q14 q15 q21  q23 q24 q25 q26
   q27 q28 q29 q30 q31  q33   q35 q36 q37 q38 q39 q40 q41 q42 q43
   q46 /MISSING
   LISTWISE /ANALYSIS q11 q12 q13 q14 q15 q21  q23 q24
   q25 q26 q27 q28 q29 q30 q31  q33   q35 q36 q37 q38 q39 q40 q41 q42
   q43  q46
  /PRINT INITIAL ROTATION
  /FORMAT SORT BLANK(.15)
  /CRITERIA FACTORS(10)
  /EXTRACTION PC
  /CRITERIA ITERATE(25)
  /ROTATION VARIMAX
  /SAVE REG(ALL) .
```

- - - - - - - - - - -  F A C T O R   A N A L Y S I S  - - - - - - - - - - -

Analysis number 1   Listwise deletion of cases with missing values

Extraction    1 for analysis    1, Principal Components Analysis (PC)

Initial Statistics:

| Variable | Communality | * | Factor | Eigenvalue | Pct of Var | Cum Pct |
|---|---|---|---|---|---|---|
| Q11 | 1.00000 | * | 1 | 10.05855 | 38.7 | 38.7 |
| Q12 | 1.00000 | * | 2 | 1.43517 | 5.5 | 44.2 |
| Q13 | 1.00000 | * | 3 | 1.29829 | 5.0 | 49.2 |
| Q14 | 1.00000 | * | 4 | 1.03439 | 4.0 | 53.2 |
| Q15 | 1.00000 | * | 5 | .99218 | 3.8 | 57.0 |
| Q21 | 1.00000 | * | 6 | .92907 | 3.6 | 60.6 |
| Q23 | 1.00000 | * | 7 | .79213 | 3.0 | 63.6 |
| Q24 | 1.00000 | * | 8 | .73880 | 2.8 | 66.5 |
| Q25 | 1.00000 | * | 9 | .71421 | 2.7 | 69.2 |
| Q26 | 1.00000 | * | 10 | .67215 | 2.6 | 71.8 |
| Q27 | 1.00000 | * | 11 | .65622 | 2.5 | 74.3 |
| Q28 | 1.00000 | * | 12 | .64136 | 2.5 | 76.8 |
| Q29 | 1.00000 | * | 13 | .57809 | 2.2 | 79.0 |

B1257320.2

```
Q30                  1.00000    *    14      .56849      2.2      81.2
Q31                  1.00000    *    15      .52575      2.0      83.2
Q33                  1.00000    *    16      .49141      1.9      85.1
Q35                  1.00000    *    17      .46212      1.8      86.9
Q36                  1.00000    *    18      .44268      1.7      88.6
Q37                  1.00000    *    19      .43748      1.7      90.3
Q38                  1.00000    *    20      .42511      1.6      91.9
Q39                  1.00000    *    21      .40127      1.5      93.4
Q40                  1.00000    *    22      .38721      1.5      94.9
Q41                  1.00000    *    23      .35628      1.4      96.3
Q42                  1.00000    *    24      .33955      1.3      97.6
Q43                  1.00000    *    25      .32858      1.3      98.9
Q46                  1.00000    *    26      .29347      1.1     100.0
```

PC     extracted    10 factors.

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                                    Page 5

- - - - - - - - - -   F A C T O R   A N A L Y S I S   - - - - - - - - - - -

VARIMAX    rotation    1 for extraction    1 in analysis    1 - Kaiser Normalization.

VARIMAX converged in 23 iterations.

Rotated Factor Matrix:

|     | Factor 1 | Factor 2 | Factor 3 | Factor 4 | Factor 5 |
|-----|----------|----------|----------|----------|----------|
| Q39 | .76054   | .15317   |          |          | .16848   |
| Q38 | .69294   | .18870   | .24866   |          |          |
| Q37 | .66376   | .28601   |          | .30885   |          |
| Q25 | .20989   | .72393   |          | .24045   | .15067   |
| Q36 |          | .71944   |          |          |          |
| Q35 | .34126   | .64932   | .29469   |          |          |
| Q11 | .25073   | .17121   | .70488   |          | .30268   |
| Q14 |          |          | .65985   | .15709   | .16103   |
| Q15 |          |          | .64612   | .30572   | .15652   |
| Q26 |          |          |          | .70692   |          |
| Q29 | .34707   | .17533   | .30318   | .62356   |          |
| Q28 | .20099   | .35353   | .26728   | .44026   | .42349   |
| Q12 | .17952   | .16806   |          | .42503   | .36593   |
| Q46 | .21531   |          | .32705   |          | .69189   |
| Q24 |          | .27324   |          | .40630   | .56399   |
| Q13 |          | .25824   | .22064   | .28008   | .41294   |
| Q27 | .25058   | .36096   | .31453   | .29517   | .41011   |

B1257320.2

|     |         |         |         |         |         |
|-----|---------|---------|---------|---------|---------|
| Q31 |         | .19588  |         |         | .17101  |
| Q33 |         | .27816  | .25802  | .19411  |         |
| Q41 | .44902  |         |         | .25206  | .15307  |
|     |         |         |         |         |         |
| Q42 |         |         |         | .30684  |         |
| Q23 |         | .25416  | .18063  |         | .27287  |
|     |         |         |         |         |         |
| Q43 |         |         |         |         |         |
|     |         |         |         |         |         |
| Q21 | .21457  | .25756  |         | .20321  | .31986  |
| Q40 | .39450  | .25627  | .36441  | .21457  |         |
|     |         |         |         |         |         |
| Q30 | .29662  |         | .17162  |         |         |

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                                          Page 6

- - - - - - - - - -   F A C T O R   A N A L Y S I S   - - - - - - - - - - -

|     | Factor 6 | Factor 7 | Factor 8 | Factor 9 | Factor 10 |
|-----|----------|----------|----------|----------|-----------|
| Q39 |          |          |          |          | .19076    |
| Q38 |          |          |          | .26784   |           |
| Q37 | .21013   |          |          |          |           |
|     |          |          |          |          |           |
| Q25 |          |          |          |          |           |
| Q36 | .33443   |          |          | .16566   |           |
| Q35 |          |          |          | .18497   | .17267    |
|     |          |          |          |          |           |
| Q11 |          |          |          |          | .16457    |
| Q14 | .16080   |          | .42613   |          | −.16448   |
| Q15 |          | .16526   |          | .31446   | .32131    |
|     |          |          |          |          |           |
| Q26 | .24082   | .18932   |          | .20917   |           |
| Q29 |          | .17824   |          |          |           |
| Q28 | .20226   |          | .15358   |          |           |
| Q12 | .16333   | .32693   |          | .27066   |           |
|     |          |          |          |          |           |
| Q46 |          | .19586   |          | .20850   | .15097    |
| Q24 |          | .25954   |          |          | .18111    |
| Q13 |          |          | .29086   | .32850   | .24122    |
| Q27 | .16948   |          |          | −.15128  |           |
|     |          |          |          |          |           |
| Q31 | .75829   |          |          |          | .23466    |
| Q33 | .63226   | .24150   |          |          | .17882    |
| Q41 | .58934   |          |          |          | −.25853   |
|     |          |          |          |          |           |
| Q42 |          | .77364   |          |          | .18468    |
| Q23 |          | .73172   |          |          |           |
|     |          |          |          |          |           |
| Q43 |          | .21262   | .84670   |          | .16386    |

B1257320.2

|     |        |        |        |        |
|-----|--------|--------|--------|--------|
| Q21 | .20142 |        | .23133 | .61850 |
| Q40 | .24314 | .16091 |        | .44911 |
| Q30 | .25705 |        | .20671 |        | .69286 |

Factor Transformation Matrix:

|          | Factor 1 | Factor 2 | Factor 3 | Factor 4 | Factor 5 |
|----------|----------|----------|----------|----------|----------|
| Factor 1 | .40601   | .40446   | .36918   | .37706   | .35099   |
| Factor 2 | -.49708  | -.04018  | -.36131  | .33890   | .03298   |
| Factor 3 | .39787   | .10014   | -.46784  | .04006   | -.42235  |
| Factor 4 | .30015   | -.82085  | .28966   | .18671   | .01532   |

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                              Page 7

- - - - - - - - - - -   F A C T O R   A N A L Y S I S   - - - - - - - - - - -

|           | Factor 1 | Factor 2 | Factor 3 | Factor 4 | Factor 5 |
|-----------|----------|----------|----------|----------|----------|
| Factor 5  | -.19157  | -.21679  | .14193   | -.41977  | -.19074  |
| Factor 6  | .49726   | .08904   | -.21286  | -.26151  | -.16965  |
| Factor 7  | .20580   | -.25167  | -.33016  | .11920   | .02779   |
| Factor 8  | .05747   | -.16682  | -.38891  | .33742   | .40289   |
| Factor 9  | -.02171  | .06968   | .32352   | .37921   | -.50434  |
| Factor 10 | .09789   | -.00576  | .00065   | -.43595  | .46312   |

|           | Factor 6 | Factor 7 | Factor 8 | Factor 9 | Factor 10 |
|-----------|----------|----------|----------|----------|-----------|
| Factor 1  | .30788   | .25267   | .19545   | .22311   | .15263    |
| Factor 2  | .13001   | .61638   | .22855   | .03294   | -.23382   |
| Factor 3  | .59566   | .00271   | -.25585  | -.09038  | -.06610   |
| Factor 4  | .07097   | .25145   | -.17123  | -.01473  | -.13898   |
| Factor 5  | .40295   | .15444   | .37544   | .04938   | .59495    |
| Factor 6  | -.52540  | .49934   | .23538   | -.11462  | .09163    |
| Factor 7  | -.02726  | -.41166  | .60748   | .45684   | -.14960   |
| Factor 8  | -.06510  | -.15252  | -.00564  | -.46716  | .54375    |
| Factor 9  | -.03743  | -.16382  | .41829   | -.52683  | -.10527   |
| Factor 10 | .28927   | -.01572  | .27276   | -.46976  | -.45482   |

10 PC  EXACT  factor scores will be saved.

Following factor scores will be added to the working file:

  Name        Label

```
FAC1_3       REGR factor score    1 for analysis    1
FAC2_3       REGR factor score    2 for analysis    1
FAC3_3       REGR factor score    3 for analysis    1
FAC4_3       REGR factor score    4 for analysis    1
FAC5_3       REGR factor score    5 for analysis    1
FAC6_3       REGR factor score    6 for analysis    1
FAC7_3       REGR factor score    7 for analysis    1
FAC8_3       REGR factor score    8 for analysis    1
FAC9_3       REGR factor score    9 for analysis    1
FAC10_3      REGR factor score   10 for analysis    1
```

_04 Apr 03 SPSS for MS WINDOWS Release 6.1                                    Page 8

B1257320.2