# EXHIBIT C-4

# Exhibit 4

## Solution based upon the syntax and output from Exhibit 2

| FACTOR 1 | FACTOR 2 | FACTOR 3 | FACTOR 4 | FACTOR 5 |
|---|---|---|---|---|
| Q11- I watch local news for information that helps me plan my free time activities | Q41- I want local news that is not offensive to the whole family so we all can watch | Q42- It's most important that local news present the whole story so I can make up my own mind about what really happened | Q25- I like news that uses a lot of video support in their reporting so that I get as much information as possible from the newscast | Q44- Newscasters should not put in their own opinions so I can decide for myself what is going on. |
| Q15- I want local news that features information to help me prepare and make plans | Q37- I like it when the local news is entertaining as well as informative | Q26- I want local news to give me information that is important for my whole family to know | Q38- I want to see local news live as it happens so that it keeps me up-to-date. | Q30- I want to have certain segments at certain times in a local newscast so I know when to tune in and out |
| Q46- I want local news that helps me solve problems myself | Q38- An entertaining local newscast can put me in a good, energized mood | Q23- I want a local newscast to cover stories in-depth so I feel I hear all sides and know all of what's going on. | Q35- I want to see on-the-scene coverage in a local news story because it has more of an emotional impact | |
| Q14- Local news that provides me with current financial information so that I can save money and plan my future. | Q39- A lighter side to the news can lift my mood. | Q12-I want information from a local newscast that I can use in my everyday life | Q18- When I feel comfortable with the anchors, it makes me feel secure that they know what they are talking about. | |
| Q13 -The local news helps me make informed decisions that influence my life. | Q20- I like local news with racially balanced anchors so that I can feel a connection with them. | Q16- I want a local newscast that concentrates on providing me with news from around my local area and state, news that directly affects me. | Q22- I watch the local news because I feel I've learned something when I am done. | |
| Q28 - I watch local news to learn how to keep me and my family safe. | Q33- I like when local news gives quick coverage so they can cover more stories and I can stay up-to-date | | | |