# EXHIBIT C-5

Document1

# Exhibit 5

## Solution based upon the syntax and output from Exhibit 3

| FACTOR 1 | FACTOR 2 | FACTOR 3 | FACTOR 4 | FACTOR 5 |
|---|---|---|---|---|
| Q39- A lighter side to the news can lift my mood. | Q25- I like news that uses a lot of video support in their reporting so that I get as much information as possible from the newscast | Q11-I watch local news for information that helps me plan my free time activities | Q26- I want local news to give me information that is important for my whole family to know | Q46- I want local news that helps me solve problems myself |
| Q38- An entertaining local newscast can put me in a good, energized mood | Q36- I want to see local news live as it happens so that it keeps me up-to-date. | Q14- Local news that provides me with current financial information so that I can save money and plan my future. | Q29- I want local news that gives me regular health information and tips so that I can keep myself and my family healthy | Q24 – I watch local news to find out about problems I need to look out for. |
| Q37- I like it when the local news is entertaining as well as informative | Q35- I want to see on-the-scene coverage in a local news story because it has more of an emotional impact | Q15- I want local news that features information to help me prepare and make plans | | Q13 -The local news helps me make informed decisions that influence my life. |

| FACTOR 6 | FACTOR 7 | FACTOR 8 | FACTOR 9 | FACTOR 10 |
|---|---|---|---|---|
| Q31- I want news in a nutshell so I can keep up-to-date without spending a lot of time. | Q42- It's most important that local news present the whole story so I can make up my own mind about what really happened | Q43- I want a local newscast that covers local politics in-depth so I have all the information I need to make the right political decisions | Q21- I watch local news so I can be a responsible member of society. | Q30- I want to have certain segments at certain times in a local newscast so I know when to tune in and out |
| Q33- I like when local news gives quick coverage so they can cover more stories and I can stay up-to-date | Q23- I want a local newscast to cover stories in-depth so I feel I hear all sides and know all of what's going on. | | | |

B1257320.2