# EXHIBIT D

# NIXON PEABODY LLP
ATTORNEYS AT LAW

101 Federal Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

David B. Mack
Direct Dial: (617) 345-6141
E-Mail: dmack@nixonpeabody.com

March 18, 2004

Robert M. Callagy, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

James G. Sawtelle, Esq.
Duncan, Green, Brown, Langeness and Eckley, P.C.
600 Seventeenth Street
Suite 2800 South
Denver, CO 80202-5402

Re: Research Communications, Ltd. v. Meredith Corporation
USDC, District of Connecticut Civil Action No.: 300 CV 1279 AVC

Gentlemen:

As per your request, enclosed is a disk containing the SPSS system file with regard to the WGNX Benefits Segmentation study. Please let me know if you have any questions.

Very truly yours,

David B. Mack

cc: Joseph C. Tanski, Esq. (w/o enclosure)
Valerie Crane (by e-mail, w/o enclosure)

BOS1364239.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC