# EXHIBIT E



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

David B. Mack
Direct Dial: (617) 345-6141
E-Mail: dmack@nixonpeabody.com

March 26, 2004

**VIA OVERNIGHT MAIL**

James G. Sawtelle, Esq.
Duncan, Green, Brown, Langeness and Eckley, P.C.
600 Seventeenth Street
Suite 2800 South
Denver, CO 80202-5402

Re: Research Communications, Ltd. v. Meredith Corporation
USDC, District of Connecticut Civil Action No.: 300 CV 1279 AVC

Dear Jim:

Enclosed is a CD containing the SPSS system files you requested.

Very truly yours,

David B. Mack

DBM:dms
Enclosure

cc: Robert Callagy, Esq. (w/o enclosure)
Joseph C. Tanski, Esq. (w/o enclosure)
Valerie Crane (by e-mail, w/o enclosure)

BOS1366357.1