UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 14  A 9 39

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>Plaintiff and )<br>Counterclaim Defendant, )<br>v. )<br> )<br>MEREDITH CORPORATION, )<br>Defendant and )<br>Counterclaim Plaintiff, )<br>and )<br> ) CASE NO 3:00CV2179-DFM<br>MEREDITH CORPORATION, )<br>Third-Party Plaintiff, )<br>v. )<br> )<br>VALERIE CRANE, )<br>Third-Party Defendant. ) | |

## AFFIDAVIT OF VALERIE CRANE

I, Valerie Crane, on oath depose and say:

1.      I am President of Research Communications, Ltd. ("RCL").  I submit this

affidavit in support of RCL's Emergency Motion to Permit Disclosure of "Attorneys-Eyes Only"

Documents.

2.      RCL does not provide any research services to any broadcast television station in

any market in which Meredith operates a television station.  And RCL has not provided any

research services to a broadcast television station in a market in which Meredith operates a

television station since 2000.

BOS1324027.3

Signed under the penalties of perjury this 30th day of April, 2004.

_Valerie Crane_
Valerie Crane

CERTIFICATE OF SERVICE

I, David B. Mack, hereby certify that a true copy of the above document was served upon the attorneys of record for each other party as follows :

James G. Sawtelle, Esq.
Duncan, Green, Brown,
 Langeness & Eckley
600 Seventeenth Street
Suite 2800 South
Denver, Colorado 80202-5402

Robert M. Callagy, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

by first class mail on April 30, 2004.

David B. Mack