IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RESEARCH COMMUNICATIONS, LTD., | ) | CASE NO. 3:00CV2179-AVC |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |
| | ) | |
| MEREDITH CORPORATION, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALERIE CRANE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | MAY 14, 2004 |

NOTICE OF MANUAL FILING

Please take notice that Defendant/Counterclaim-Plaintiff, Meredith Corporation has manually filed the Affidavit of Robert M. Callagy and Exhibits A through J to the Affidavit.

The Affidavit and Exhibits A through J have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

MEREDITH CORPORATION


By:_____
James Sicilian (ct05608)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut  06103-3499
Phone:  (860) 275-0100
Fax:      (860) 275-0343
email:    jsicilian@dbh.com

and

Robert M. Callagy (*pro hac vice*)
(ct24386)
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, New York  10169
Phone:  (212) 818-9200
Fax:      (212) 818-9606
email:    rcallagy@ssbb.com

Attorneys for Defendant/Counterclaim-Plaintiff
Meredith Corporation

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 14th day of May, 2004, by first class mail to all counsel and pro se parties as follows:

Joseph T. Tanski, Esq.
David B. Mack, Esq.
Nixon Peabody LLP
101 Summer Street
25th Floor
Boston, Massachusetts 02110

Charles W. Pieterse, Esq.
Whitman Breed Abbott & Morgan
100 Field Point Road
Greenwich, CT  06830

Christopher M. Miller, Esq.
Belin Lamson McCormick Zumbach Flynn
A Professional Corporation
The Financial Center
666 Walnut Street Suite 2000
Des Moines, Iowa  50309-3989

James G. Sawtelle, Esq.
Duncan Green Brown Langeness &
        Eckley
A Professional Corporation
Capital Square
400 Locust Street Suite 380
Des Moines, Iowa  50309

_____
James Sicilian