UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., | ) |
|     Plaintiff and | ) |
|     Counterclaim Defendant, | ) |
| v. | ) |
| | ) |
| MEREDITH CORPORATION, | ) |
|     Defendant and | ) |
|     Counterclaim Plaintiff, | ) |
|   and | ) CASE NO 3:00CV2179-DFM |
| MEREDITH CORPORATION, | ) |
|     Third-Party Plaintiff, | ) |
| v. | ) |
| | ) |
| VALERIE CRANE, | ) |
|     Third-Party Defendant. | ) |

## AFFIDAVIT OF SUSAN CROHAN, PH.D.

I, Susan Crohan, Ph.D., upon oath and affirmation, state as follows:

1.    I am employed by Research Communications, Ltd. ("RCL") as Executive Vice President of Research. I submit this affidavit in support of RCL's Motion to Preclude A. Dwayne Ball from testifying to matters in Mr. Ball's Supplemental Report served on May 7, 2004.

2.    I have been employed by RCL since July 1998 and have been Executive Vice President of Research since July 2003.

3.    I was responsible for gathering certain documents produced to Meredith Corporation ("Meredith") in response to certain requests in Meredith's first request for production of documents, including request number 49 attached at Tab C to Mr. Ball's May 7, 2004 Supplemental Report.

BOS1381839.1

4. Request 49(b) seeks "any computerized data file showing the data gathered before any respondents or variables were deleted." I interpreted that to mean a computerized version of the raw data received from a survey house, not an SPSS system file. At all times since I joined RCL in July 1998 it has been RCL's practice to discard raw data files showing the data as they are received from a survey house within six months of delivery of such data to RCL.

5. Mr. Ball's May 2004 Report refers to a computer disk containing SPSS System files. The SPSS system files on the disk delivered to Meredith's counsel are not raw data. Rather, the SPSS system files contain data that has been re-coded and from which respondents have been removed.

6. The data contained in the SPSS system files delivered to Meredith on a CD-rom in March 2004, to the extent requested (i.e. Atlanta and Greenville), had been produced to Meredith in printed form in 2002.

7. Request 49(c) to Meredith's request for documents seeks any codebooks for any data files responsive to item 49(b). The SPSS system files delivered in March 2004 are not codebooks.

Signed under the pains and penalties of perjury this /4th day of May, 2004.

_____Susan Crohan_____
Susan Crohan

Case 3:00-cv-02179-DFM    Document 205    Filed 05/17/2004    Page 4 of 4

## CERTIFICATE OF SERVICE

I, David B. Mack, hereby certify that a true copy of the above document was served upon the attorneys of record for each other party as follows:

>James G. Sawtelle, Esq.
>Duncan, Green, Brown,
> Langeness & Eckley
>600 Seventeenth Street
>Suite 2800 South
>Denver, Colorado 80202-5402
>
>Robert M. Callagy, Esq.
>Satterlee Stephens Burke & Burke LLP
>230 Park Avenue
>New York, NY 10169-0079
>
>James Sicilian, Esq.
>Day Berry & Howard
>Cityplace I
>185 Asylum Street
>Hartford, CT 06103-3449

by overnight mail on May 14, 2004.

_____
David B. Mack