CT/cvjysel (January 18, 2002)

TOTAL TIME: **2** hours **50** minutes     HONORABLE **D.F. Martinez**
DEPUTY CLERK **R.K. Wood**     RPTR/(ERO)/TAPE **S. Bowles**

DATE **5/18/04**     START TIME **10:10 a.m.**     END TIME **1:00 p.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Research**

CIVIL NO. **3:00CV2179 (DFM)**

§
§                                                         _____
§                                                              Plaintiffs Counsel
vs.        § ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
**Meredith Corp**     §                                    _____
                                                            Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........  ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☑ ........  ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ .....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........  _____    ☐ filed ☐ docketed
☐ ........  _____    ☐ filed ☐ docketed
☐ ........  _____    ☐ filed ☐ docketed
☐ ........  _____    ☐ filed ☐ docketed
☑ ........  **50** # jurors present
☑ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ........  Voir Dire by Court
☑ ........  Peremptory challenges exercised (See attached)
☑ ........  Jury of **8** drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☑ ........  Remaining jurors excused
☐ ........  Discovery deadline set for _____
☐ ........  Disposition Motions due _____
☐ ........  Joint trial memorandum due _____
☑ ........  Trial continued until **June 7, 2004** at **10:00 a.m.**

☑ COPY TO: JURY CLERK