UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 20 P 4: 57
U.S. DISTRICT COURT
HARTFORD, CT.

RESEARCH COMMUNICATIONS, LTD., :
    Plaintiff/Counterclaim Defendant, :
    v. : CASE NO. 3:00CV2179(DFM)
MEREDITH CORPORATION, :
    Defendant/Counterclaim Plaintiff, :
and :
MEREDITH CORPORATION, :
    Third Party Plaintiff, :
    v. :
Valerie Crane, :
    Third Party Defendant. :

## SUPPLEMENTAL PRETRIAL ORDER

It is hereby ORDERED that the parties shall file a supplemental joint trial memorandum by **May 28, 2004** that shall include:

    a.    <u>Witnesses</u>:  See paragraph 10 of the District of Connecticut's Standing Order Regarding Trial Memoranda in Civil Cases (the "Standing Order").  For any expert witness, each party shall set forth the opinion to be expressed, a brief summary of the basis of the opinion and a list of the materials on which the witness intends to rely.  If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection and its grounds shall be set forth in the Joint Trial Memorandum so

that the objection can be addressed prior to trial.

b. <u>Exhibits</u>: See Paragraph 11 of the Standing Order. Each party shall list in the Joint Trial Memorandum the exhibits it intends to offer at trial. The plaintiff's exhibits and the defendant's exhibits shall be listed separately. A brief description of the exhibit shall be included. The list shall indicate whether the parties agree that the exhibit may be admitted as evidence. If there is an objection to an exhibit, the proponent of the exhibit must set forth the basis for admissibility of the exhibit and the opponent must set forth the basis of the objection. Except for rebuttal and impeachment, exhibits not listed will not be admissible at trial without good cause shown.

**The parties shall exchange exhibits by May 26, 2004. By May 28, 2004,** each party shall submit to the court an exhibit list. The exhibit list shall denote the exhibit number, a brief description of the exhibit and shall indicate whether the parties agree that a particular exhibit should be admitted as evidence without objection. Two courtesy copies of the exhibit list shall be provided to the court and one copy shall be delivered to the courtroom deputy clerk. Prior to the final pretrial conference, each party shall mark its exhibits with exhibit stickers (which are available upon request from the courtroom deputy clerk). All exhibits shall be marked numerically and say "Plaintiff" or "Defendant." If there is more than one plaintiff or defendant, the exhibits shall identify the party offering the exhibit (e.g., Defendant Smith, Exhibit #1). If

2

the same exhibit is offered by more than one party, the parties shall mark only one of the exhibit by placing their respective exhibit stickers on the one exhibit (e.g., two exhibit stickers on one document: Plaintiff Jones, Exhibit #2; Defendant Smith Exhibit #5). Each party shall prepare <u>two</u> courtesy copies of its documentary exhibits for the court's use during the hearing. The courtesy copies shall be arranged in order in a notebook with tabs bearing the exhibit number. Counsel shall retain the original set of exhibits until the beginning of trial.

c. <u>Stipulation</u>

The parties agreed to provide the court with a stipulation regarding the plaintiff's claim seeking reformation of the attorney's fees provision. The parties shall provide the court with the language they seek with regard to the attorney's fees provision by May 28, 2004.

A courtesy copy of the supplemental Joint Trial Memorandum shall be submitted to chambers on the day that it is filed.

A supplemental final pretrial conference shall be held in the chambers of the undersigned on Tuesday, **June 1, 2004** at **1:45 p.m.** Counsel who will try the case must attend. At this conference, the court shall review the parties' proposed exhibits and witnesses.

SO ORDERED this 20th day of May, 2004 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge