UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>      Plaintiff and )<br>      Counterclaim Defendant, )<br>v. )<br>)<br>MEREDITH CORPORATION, )<br>      Defendant and )<br>      Counterclaim Plaintiff, )<br>   and )<br>)<br>MEREDITH CORPORATION, )<br>      Third-Party Plaintiff, )<br>v. )<br>)<br>VALERIE CRANE, )<br>      Third-Party Defendant. ) | CASE NO 3:00CV2179-DFM |

**RESEARCH COMMUNICATION LTD.'S AND VALERIE CRANE'S EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATING TO EXIT INTERVIEWS CONDUCTED OF FORMER MEREDITH EMPLOYEES INVOLVED IN THE RCL RESEARCH**

Plaintiff Research Communications, Ltd. and Third-Party Defendant Valerie Crane (collectively, "RCL") move to compel production of documents relating to exit interviews conducted of former Meredith Corporation ("Meredith") employees who worked at Meredith's television stations during the period RCL provided research services to Meredith. In support of its motion, RCL relies upon the accompanying memorandum of law and the Affidavit of David B. Mack ("Mack Aff."). For the reasons stated in the memorandum, RCL requests that its motion be allowed and that the Court order Meredith to produce any and all exit interviews and related documents prepared in connection with the departure of the employees listed in Exhibit F to the Mack Affidavit filed herewith.

WITHDRAWN without prejudice in view of the agreement of the parties. SO ORDERED.
Donna F. Martinez, U.S.M.J.
05/20/04

BOS1376280.3