UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

RESEARCH COMMUNICATIONS, LTD.,

    Plaintiff/Counterclaim Defendant,

    v.

MEREDITH CORPORATION,

    Defendant/Counterclaim Plaintiff,

and

MEREDITH CORPORATION,

    Third Party Plaintiff,

    v.

Valerie Crane,

    Third Party Defendant.

2004 MAY 27  P 4: 56

U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 3:00CV2179(DFM)

ORDER

Counsel for the parties have represented that the case has settled except as to the issue of attorneys' fees, which they agree the court shall adjudicate. Accordingly, it is hereby ORDERED that:

1.   The following pending pretrial motions are DENIED without prejudice:  Doc. #155, "Renewed motion to compel discovery"; Doc. #183, "Motion in limine to exclude testimony of Suzanne Sell and Michael A. Grossman"; Doc. #186, "Motion in limine to exclude lay opinions concerning the value of RCL's research studies"; Doc. #187, "Research Communications Ltd's and Valerie Crane's motion to limit the scope of evidence of alleged improper RCL services, to services performed by RCL for Meredith's Atlanta station"; Doc. #188,