UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

RESEARCH COMMUNICATIONS, LTD.    :                    2004 JUN 21  P 2: 55

       v.    :    CASE NO. 3:00CV2179 (DFM) DISTRICT COURT
HARTFORD, CT.

    :

MEREDITH CORP.,
VALERIE CRANE,    ::

## JUDGMENT

Counsel of record having reported to the Court on May 26, 2004, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 21st day of June 2004.

KEVIN F. ROWE, CLERK

By _____
Robert K. Wood
Deputy Clerk

EOD_____