UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 21  A 10: 19

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>　　　　　Plaintiff and )<br>　　　　　Counterclaim Defendant, )<br>　v. )<br>MEREDITH CORPORATION, )<br>　　　　　Defendant and )<br>　　　　　Counterclaim Plaintiff, )<br>　　and )<br>　 )<br>MEREDITH CORPORATION, )<br>　　　　　Third-Party Plaintiff, )<br>　v. )<br>　 )<br>VALERIE CRANE, )<br>　　　　　Third-Party Defendant. ) | ) CASE NO 3:00CV2179-DFM |

Please take notice that Plaintiff, Research Communications, Ltd., and Third-party-Defendant, Valerie Crane, have manually filed the following document:

　　　Affidavit Of Lee Michael

This document has not been filed electronically because

[   ]　the document or thing cannot be converted to an electronic format
[ X ]　the electronic file size of the document exceeds 1.5 megabytes
[   ]　the document or thing is filed under seal pursuant to Local Rule of Civil Procedure
　　　5(d) or Local Rule of Criminal Procedure 57(b)
[   ]　Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

Joseph C. Tanski　Ct. 22211
David B. Mack　Ct. 23151
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000

June 18, 2004