UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUN 21 A 10: 18
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEREDITH CORPORATION, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> MEREDITH CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VALERIE CRANE, ) <br> ) <br> Defendant. ) | CASE NO 3:00CV2179-DFM |

## AFFIDAVIT OF KATHLEEN GAUGHAN

I, Kathleen Gaughan, upon oath and affirmation, depose and state as follows:

1. I am the Controller of Research Communications, Ltd. ("RCL"). I have been employed in this position by RCL since February 22, 2000.

2. As Controller, I have been responsible for overseeing the payment of RCL's operating expenses, including the payment of expenses incurred by RCL in connection with the above-captioned litigation.

BOS1390578.1

3. The attorneys' fees and costs incurred by RCL in connection with this action are itemized in the document attached hereto as <u>Exhibit A</u>. This document was prepared by me as part of my regular duties as Controller of RCL, kept in the course of RCL's regularly conducted business activity and it was the regular practice of RCL's business activity to make such a document. Pursuant to my duties as Controller, I personally entered the information pertaining to each expense listed in Exhibit A contemporaneously with receiving the invoice to which the expense relates.

4. Through May 31, 2004, RCL has incurred the following attorneys' fees and costs in connection with the litigation against Meredith Corporation.

| **Vendor** | **Services Provided** | **Amount Incurred** |
|---|---|---|
| Hutchins, Wheeler & Dittmar | Lead counsel | $688,674.94 |
| Nixon Peabody LLP (post merger with HWD) | Lead counsel | $329,267.62 |
| Whitman Breed Abbott & Morgan | Local counsel | $13,273.21 |
| Sell Communications (Suzanne Sell) | Expert witness | $20,657.90 |
| Strategic Advantage (Michael Grossman) | Expert witness | $20,552.26 |
| Court reporters (various)[1] | deposition transcripts | $13,133.37 |

---

[1] The court reporters are the following: Vaughn Court Reporters (Des Moines), Kemp Court Reporting (Rowley, MA), Legal Link d/b/a Jones Fritz & Sheehan (Boston, NYC, Washington, Atlanta and Huntsville), Powers, Garrison & Hughes (Pittsburgh), Spherion (Los Angeles), Sanders, Gale & Russell, Inc. (New Haven, CT)

| Uniscribe | Outside copying | $1,550.59 |
|---|---|---|
| Belin firm | copying charges of Meredith's counsel | $4,955.63 |
| Moriah Page | statistical analysis/consulting services | $525.00 |
| PJ Litman | consulting expert re: Meredith's alleged ratings and revenue declines | $2,500.00 |
| | **TOTALS** | $1,097,590.20[2] |

5.  True and accurate copies of the invoices from Hutchins Wheeler & Dittmar and Nixon Peabody are attached to the Affidavit of Joseph C. Tanski, Esq. filed contemporaneously herewith. True and accurate copies of the invoices from the other vendors identified above are attached hereto as follows:

> Exhibit B: Whitman Breed Abbott & Morgan
>
> Exhibit C: Sell Communications
>
> Exhibit D: Strategic Advantage
>
> Exhibit E: Court reporters
>
> Exhibit F: Uniscribe
>
> Exhibit G: Belin firm
>
> Exhibit H: Moriah Page
>
> Exhibit I: PJ Litman

---

[2] This amount differs slightly from the amount being sought by RCL in its motion. The amounts listed for counsel include expenses.

Signed under the penalties of perjury this 15TH day of June, 2004.

_____
Kathleen Gaughan

## CERTIFICATE OF SERVICE

I, Joseph C. Tanski, hereby certify that a true copy of the above document was served upon the attorneys of record for each other party as follows :

>James G. Sawtelle, Esq.
>Duncan, Green, Brown,
> Langeness & Eckley
>600 Seventeenth Street
>Suite 2800 South
>Denver, Colorado 80202-5402
>
>Robert M. Callagy, Esq.
>Satterlee Stephens Burke & Burke LLP
>230 Park Avenue
>New York, NY 10169-0079
>
>James Sicilian, Esq.
>Day Berry & Howard
>Cityplace I
>185 Asylum Street
>Hartford, CT 06103-3449

by overnight mail on June __, 2004.

_____
Joseph C. Tanski