UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN 21  A 10: 19

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD.,<br>    Plaintiff and<br>    Counterclaim Defendant,<br>v.<br>MEREDITH CORPORATION,<br>    Defendant and<br>    Counterclaim Plaintiff,<br>  and<br><br>MEREDITH CORPORATION,<br>    Third-Party Plaintiff,<br>v.<br><br>VALERIE CRANE,<br>    Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO 3:00CV2179-DFM<br>)<br>)<br>)<br>)<br>)<br>) |

    Please take notice that Plaintiff, Research Communications, Ltd., and Third-party-Defendant, Valerie Crane, have manually filed the following document:

    Affidavit of Kathleen Gaughan

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

*[signature]*

Joseph C. Tanski   Ct. 22211
David B. Mack   Ct. 23151
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

June 18, 2004