215

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

RESEARCH COMMUNICATIONS, LTD.  :

2004 JUN 21  P 2: 55

v.  :  CASE NO. 3:00CV2179 (DFM)

U.S. DISTRICT COURT
HARTFORD, CT.

cam

MEREDITH CORP.,
VALERIE CRANE,  :

## JUDGMENT

Counsel of record having reported to the Court on May 26, 2004, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 21st day of June 2004.

KEVIN F. ROWE, CLERK

By _____
Robert K. Wood
Deputy Clerk

2004 JUN 28 P 3: 32
U.S. DISTRICT COURT
HARTFORD, CT.

EOD 6/22/04

Robert K. Wood, Deputy Clerk
6/28/04

The Judgment entered on June 21, 2004, is hereby vacated and the case is re-opened.
SO ORDERED. Kevin F. Rowe, Clerk.