UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD.,<br>  Plaintiff and<br>  Counterclaim Defendant,<br><br>v.<br><br>MEREDITH CORPORATION,<br>  Defendant and<br>  Counterclaim Plaintiff,<br>  and<br><br>MEREDITH CORPORATION,<br>  Third-Party Plaintiff,<br><br>v.<br><br>VALERIE CRANE,<br>  Third-Party Defendant. | CASE NO 3:00CV2179-DFM |

**AFFIDAVIT OF FRANCIS J. BRADY**

I, FRANCIS J. BRADY, being first duly sworn according to law, hereby depose and state the following:

1. I have been a practicing attorney in Hartford, Connecticut since 1974. I have practiced with the law firm of Murtha Cullina LLP, or its predecessor, since 1974 and have been a partner in that law firm since July 1, 1980.

2. I graduated from Worcester Polytechnic Institute in 1967 (B.S.M.E.), from George Washington University Law School in 1973 (J.D.), and from Harvard Law School in 1974 (L.L.M.).

3. I have been admitted to practice in the State of Connecticut, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit and the United States Supreme Court.

4. Murtha Cullina LLP has offices in Hartford and New Haven as well as Boston and Woburn, Massachusetts. There are 122 attorneys firm wide of which 62 attorneys reside in the Hartford office.

5. During the course of my thirty years of professional experience, I have been engaged principally in the area of complex civil litigation before the Connecticut Superior Court and the United States District Court.

6. I served as president of the Hartford County Bar Association for the period April 2000 through April 2001. That association consists of approximately 2,200 attorneys and judges, with the attorneys based in Hartford County. I served as a member of the Board of Directors of that association for many years prior thereto.

7. I served as Co-Chairman of the Federal Practice Section of the Connecticut Bar Association for the period June 2002 through June 2004. I served as a member of the Executive Committee of that Section for many years prior thereto.

8. I was appointed by Chief Judge Dorsey as Chair of the Civil Justice Advisory Group to the United States District Court and served in that capacity from 1996 to 2000.

9. Throughout my thirty years of practice, I have been responsible for billing clients for legal services.

10. At various times, I have participated in the setting of billing rates for this firm's litigation department for attorney and paralegal work.

11. I also have had occasion to review market analyses of attorney billing rates from time to time.

12. As a result of my thirty years of practice and experience in reviewing billing rates and my interaction with other lawyers directly in civil litigation and otherwise through professional and court appointed organizations, I am familiar with rates charged by Connecticut based law firms for attorneys and paralegals for complex civil litigation, particularly as those rates apply to the practice in Hartford County.

13. In my opinion, the prevailing rate charged by Connecticut based law firms for complex civil litigation in Federal Court in Hartford for a partner with twenty-five years of experience is within the range of $365.00 to $400.00 per hour. My 2004 hourly rate equals $380.00. The described range represents my judgment as to the 2004 prevailing rate for partners with this level of experience in complex civil litigation. The hourly rates for each of the years prior to 2004 would be progressively lower.

14. In my opinion, the prevailing hourly rate charged by Connecticut based law firms for complex civil litigation in Federal Court in Hartford for an attorney with nine years of experience is within the range of $225.00 to $250.00 per hour. The described range represents my judgment as to the 2004 prevailing rate for attorneys with this level of

experience in complex civil litigation. The hourly rates for each of the years prior to 2004 would be progressively lower.

15. In my opinion, the prevailing hourly rate charged by Connecticut based law firms for civil litigation which involve "collection cases" would be lower than those rates outlined in paragraphs 13 and 14, supra.

16. I have reviewed the submission of certain information supplied by the plaintiff in this case and note that plaintiff's Greenwich, Connecticut counsel charged $250.00 per hour for partner time in 2002 (Charles W. Pieterse, who at the time was a member of the Connecticut Bar for 16 years according to Martindale-Hubbell) and $150.00 per hour for associate time in 2002 (Marciej A. Paitkowski, who at the time was a member of the Connecticut Bar for 5 years according to Martindale-Hubbell).

17. In my experience, the rates described in paragraphs 13 and 14 are consistent with the prevailing rates charged for comparable representation by Connecticut based law firms in complex civil litigation in the United States District Court and in the Connecticut Superior Court, particularly within Hartford County.

18. This Affidavit is being submitted in connection with Meredith Corporation's position as to a certain attorneys' fee application. As a matter of full disclosure, Murtha Cullina LLP represented Meredith Corporation on a matter from 1997 until June 2001, but has not represented Meredith Corporation since that time.

_____
Francis J. Brady

4

STATE OF CONNECTICUT        :
                            : ss.   Hartford            July 12, 2004
COUNTY OF HARTFORD          :

Subscribed and sworn to before me this 12th day of July, 2004.

_____
Nancy J. Potvin
Notary Public
My Commission Expires: 2-28-07