UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., | CASE NO.: 3:00cv2179-avc |
| Plaintiff/Counterclaim-Defendant, | |
| v. | |
| MEREDITH CORPORATION, | |
| Defendant/Counterclaim-Plaintiff, | |
| MEREDITH CORPORATION, | |
| v. | |
| VALERIE CRANE, | |
| Third-Party Defendant. | |

## AFFIDAVIT OF ROBERT M. CALLAGY

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROBERT M. CALLAGY, being duly sworn, deposes and says:

1.  I am a member of the bar of the State of New York and have been admitted *pro hac vice* in this case. I am also a member of the firm of Satterlee Stephens Burke & Burke LLP ("SSBB"). I represent the defendant Meredith Corporation ("Meredith") and submit this affidavit in opposition to the emergency motion of plaintiff Research Communications, Ltd. ("RCL") to compel production of documents pertaining to the time spent and services performed

566904_2

by Meredith's counsel and other professionals in this litigation, and the fees and costs incurred by Meredith.

2. Meredith retained SSBB as trial counsel in [date] 2002, after predecessor counsel Roger Stetson, a partner with Belin Lamson McCormick Zumback Flynn, became terminally ill. I took over responsibility as lead trial counsel, a process which required considerable duplication of effort.

3. The law firms of Day, Berry & Howard, LLP, and Duncan Green Brown & Langeness, P.C. also serve as trial counsel in this matter. In an attempt to avoid taking the Court's time with this discovery dispute, Meredith agreed to produce the legal fees of those three firms and has done so.

4. In fact, Meredith has gone further and also produced billing records reflecting disbursements and hours billed for those three firms, redacted only to exclude description of certain legal services entries so as to preserve the attorney-client privilege and work product protection.

5. Attached hereto as Exhibit A is a copy of RCL's June 4, 2004 *subpoena duces tecum*.

6. Attached hereto as Exhibit B is a copy of Meredith's Objections to Subpoena dated June 11, 2004.

7. Attached hereto as Exhibit C is a letter from Robert M. Callagy to David Mack, attorney for RCL, dated June 16, 2004.

8. Attached hereto as Exhibit D are letters from Benjamin Means, of our firm, to David Mack, attorney for RCL, dated June 25, and June 28, 2004, respectively.

_____
ROBERT M. CALLAGY

Sworn to before me this
9th day of July, 2004

_____
NOTARY PUBLIC

AARON M. ZEISLER
NOTARY PUBLIC, State of New York
No. 02ZE6051158
Qualified in New York County
Commission Expires November 20, 2006

3

566904_2

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 12th day of July, 2004, by overnight delivery to all counsel and pro se parties as follows:

Joseph C. Tanski, Esq.  
David B. Mack, Esq.  
Nixon Peabody, LLP  
100 Summer Street  
Boston, Massachusetts 02110-2131  

Charles W. Pieterse, Esq.  
Whitman, Breed, Abbott & Morgan  
100 Field Point Road  
P.O. Box 2250  
Greenwich, CT  06836  

James G. Sawtelle, Esq.  
Duncan, Green, Brown, Langeness & Eckley PC  
600 Seventeenth Street  
Suite 2800 South  
Denver, CO 80202-5402  

_____  
James Sicilian