IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., ) | CASE NO. 3:00CV2179-DFM |
| Plaintiff/Counterclaim-Defendant, ) | |
| v. ) | |
| MEREDITH CORPORATION, ) | |
| Defendant/Counterclaim-Plaintiff. ) | |
| ) | |
| MEREDITH CORPORATION, ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| VALERIE CRANE, ) | |
| Third-Party Defendant. ) | JULY 12, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant/Counterclaim-Plaintiff, Meredith Corporation has manually filed an Appendix to Plaintiff's Memorandum in Opposition to RCL's Motion for Judgment on Its Claim Motion to Compel for Attorneys' Fees and Costs containing Exhibits 1 through 27.

Exhibits 1 through 27 have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

MEREDITH CORPORATION

By: /s/ Robert M. Callagy
Robert M. Callagy (*pro hac vice*)
(ct24386)
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, New York  10169
Phone: (212) 818-9200
Fax:     (212) 818-9606
email:   rcallagy@ssbb.com


By: /s/ James G. Sawtelle
James G. Sawtelle
DUNCAN, GREEN, BROWN,
LANGENESS & ECKLEY
600 Seventeenth Street
Suite 2800 South
Denver, Colorado  80202-5402
Phone: (303) 634-2280
Fax:     (303) 634-2278
email:   JSawtelle@duncangreenlaw.com


James Sicilian
(ct05608)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut  06103-3499
Phone: (860) 275-0100
Fax:     (860) 275-0343
email:   jsicilian@dbh.com

Attorneys for Defendant/Counterclaim-Plaintiff
Meredith Corporation

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 12th day of July, 2004, by overnight delivery to all counsel and pro se parties as follows:

Joseph C. Tanski, Esq.  
David B. Mack, Esq.  
Nixon Peabody, LLP  
100 Summer Street  
Boston, Massachusetts 02110-2131

Charles W. Pieterse, Esq.  
Whitman, Breed, Abbott & Morgan  
100 Field Point Road  
P.O. Box 2250  
Greenwich, CT 06836

_____  
James Sicilian