Civil (April 12, 2004)

HONORABLE _D.F. Martinez_

DEPUTY CLERK _R.K. Wood_     RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours **37** minutes

DATE _7/20/04_     START TIME _11:02 a.m_ END TIME _11:39 a.m_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Research_     CIVIL NO. _3:00CV2179 (DFM)_

§
§     _D. Mack_
§     **Plaintiffs Counsel**
vs.     § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§     _R. Callagy_
_meredith, et al._     § **Defendants Counsel**

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing          ☐ Show Cause Hearing

☐ Evidentiary Hearing     ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing

**MOTION
DOCUMENT NO.**

☑ ....#**222** Motion _to compel_ _____ ☐ granted ☐ denied ☑ advisement

☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ ☐ filed ☐ docketed

☐ ........ _____ Hearing continued until _____ at _____