UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>　　　　　Plaintiff and )<br>　　　　　Counterclaim Defendant, )<br>v. )<br>　)<br>MEREDITH CORPORATION, )<br>　　　　　Defendant and )<br>　　　　　Counterclaim Plaintiff, )<br>　　and )<br>　) CASE NO 3:00CV2179-DFM<br>MEREDITH CORPORATION, )<br>　　　　　Third-Party Plaintiff, )<br>v. )<br>　)<br>VALERIE CRANE, )<br>　　　　　Third-Party Defendant. )| |

**AFFIDAVIT OF VALERIE CRANE**

Valerie Crane, being duly sworn, deposes and says, as follows:

1.　　I am President of Research Communications, Ltd ("RCL"). I submit this affidavit in support of RCL's Motion for Judgment on its Claim for Attorneys' Fees and Costs.

2.　　The attorneys' fees and costs identified in the Affidavit of Kathleen Gaughan dated June 18, 2004 (submitted in support of RCL's Attorneys' Fees Motion), totaling $1,097,590.20, have been incurred by RCL. RCL to date has paid a majority of the fees and costs of Hutchins, Wheeler & Dittmar/Nixon Peabody and continues to pay on a regular basis as much of the outstanding balance as it can afford. RCL intends to pay the outstanding balance, in full, as soon as it is able to do so. There is no truth to Meredith Corporation's counsel's assertion, in his July 23, 2004 letter to the Court, that RCL has "apparent[ly] refuse[d] to commit to paying [counsel's] fees . . ."

Signed under the penalties of perjury this __5__ day of August, 2004.

_Valerie Crane_
Valerie Crane