UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., ) <br> ) <br> Plaintiff and ) <br> Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> MEREDITH CORPORATION, ) <br> ) <br> Defendant and ) <br> Counterclaim Plaintiff, ) <br> and ) <br> ) <br> MEREDITH CORPORATION, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VALERIE CRANE, ) <br> ) <br> Third-Party Defendant. ) | CASE NO.: 3:00CV2179-DFM |

### MOTION BY RESEARCH COMMUNICATIONS, LTD. TO EXPEDITE HEARING AND DISPOSITION

Research Communications, Ltd. ("RCL") hereby moves that the Court advance for hearing and disposition, RCL's Motion for Judgment on Its Claim for Attorneys' Fees and Costs. As grounds for this motion, RCL states as follows:

1. RCL commenced this action in November, 2000.

2. On May 26, 2004 the parties reached an agreement pursuant to which, inter alia, the parties stipulated that RCL is the prevailing party on its claims and Meredith

BOS1546349.1

is the non-prevailing party on RCL's claims and on its counterclaims and third-party claims.

3.  On June 28, 2004, pursuant to an agreement between RCL and Meredith which provided for the prevailing party to recover its court costs and reasonable attorneys' fees from the non-prevailing party, RCL filed a motion for judgment on RCL's claim for attorneys' fees and costs.

4.  On October 13, 2005 the Court granted, in part, RCL's motion to compel production of documents pertaining to attorneys' fees and costs incurred by Meredith Corporation.

5.  The documents attached as Exhibits A-B to the affidavit of Joseph C. Tanski submitted herewith were produced by Meredith in response to the Court's Order.

6.  RCL is continuing to sustain financial hardship in connection with this action.

7.  This case is ready for disposition by the Court.

For the foregoing reasons, RCL respectfully requests that the Court advance for hearing and disposition, RCL's motion for judgment on RCL claim for attorneys' fees and costs.

RESEARCH COMMUNICATIONS, LTD.

By its Attorneys,

_____
Joseph C. Tanski   Ct. 22211
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000

                                            Charles W. Pieterse   Ct. 01577
                                            WHITMAN, BREED, ABBOTT & MORGAN
                                            100 Field Point Road
                                            P.O. Box 2250
                                            Greenwich, CT 06836
                                            (203) 869-3800

Date:  November 22, 2005

## CERTIFICATE OF SERVICE

I, Joseph C. Tanski, hereby certify that a true copy of the above document was served upon the following attorneys of record for Meredith by first class mail:

| | |
|---|---|
| James G. Sawtelle, Esq.<br>Special Counsel<br>Faegre & Benson LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532 | Robert M. Callagy, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169-0079 |
| James Sicilian, Esq.<br>Day Berry & Howard<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT  06103-3449 | |

Dated:  November 22, 2005

                                            */s/ Joseph C. Tanski*
                                            Joseph C. Tanski