UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., ) <br> ) <br> Plaintiff and ) <br> Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> MEREDITH CORPORATION, ) <br> ) <br> Defendant and ) <br> Counterclaim Plaintiff, ) <br> and ) <br> ) <br> MEREDITH CORPORATION, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VALERIE CRANE, ) <br> ) <br> Third-Party Defendant. ) <br> ) | CASE NO.: 3:00CV2179-DFM |

## AFFIDAVIT OF JOSEPH C. TANSKI

Joseph C. Tanski, being duly sworn, deposes and says as follows:

1. I am a partner in Nixon Peabody LLP.

2. I have represented Research Communications, Ltd. ("RCL") at all times in the above-captioned action.

3. Attached hereto as Exhibit A is a true and accurate copy of documents produced by Meredith Corporation ("Meredith") in response to the Court's October 13, 2005 order

BOS1546338.1

(the "Order") granting, in part, RCL's motion to compel, purporting to be statements of the firm of Belin Lamson McCormick Zumbach Flynn

4. Attached hereto as Exhibit B is a true and accurate copy of documents produced by Meredith in response to the Order, and represented by Meredith's counsel as being copies of statements of Belin Lamson McCormick Zumbach Flynn located by Meredith (bates numbers 1272 through 1455). These documents duplicate, in part, the documents attached as Exhibit A.

5. Attached hereto as Exhibit C is a true and accurate copy of a stipulation of Meredith relating to fees paid by Meredith to Sullivan & Ward and Tyler Cooper & Alcorn.

6. Attached hereto as Exhibit D is a true and accurate copy of a letter and related bills rendered by Nixon Peabody LLP to RCL in connection with this action.

Signed under the penalties of perjury this 22nd day of November, 2005.

_____
Joseph C. Tanski

### CERTIFICATE OF SERVICE

I, Joseph C. Tanski, hereby certify that a true copy of the above document was served upon the following attorneys of record for Meredith by first class mail:

| | |
|---|---|
| James G. Sawtelle, Esq.<br>Special Counsel<br>Faegre & Benson LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203-4532 | Robert M. Callagy, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169-0079 |
| | |

| James Sicilian, Esq.<br>Day Berry & Howard<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103-3449 | |

Dated: November 22, 2005

_____
Joseph C. Tanski

BOS1546338.1