UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., <br>     Plaintiff and <br>     Counterclaim Defendant, <br> v. <br> MEREDITH CORPORATION, <br>     Defendant and <br>     Counterclaim Plaintiff, <br>    and <br><br> MEREDITH CORPORATION, <br>     Third-Party Plaintiff, <br> v. <br><br> VALERIE CRANE, <br>     Third-Party Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO 3:00CV2179-DFM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Please take notice that Plaintiff, Research Communications, Ltd., has manually filed the following document:

AFFIDAVIT OF JOSEPH C. TANSKI and MOTION BY RESEARCH COMMUNICATIONS, LTD. TO EXPEDITE HEARING AND DISPOSITION

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                  Respectfully submitted,

                                                  Joseph C. Tanski   Ct. 22211
                                                  NIXON PEABODY LLP
                                                  100 Summer Street
                                                  Boston, MA  02110-2131
                                                  (617) 345-1000

November 22, 2005