UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RESEARCH COMMUNICATIONS, LTD., )<br>    Plaintiff and )<br>    Counterclaim Defendant, )<br>)<br>v. )<br>)<br>MEREDITH CORPORATION, )<br>    Defendant and )<br>    Counterclaim Plaintiff, )<br>  and )<br>)<br>MEREDITH CORPORATION, )<br>    Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>VALERIE CRANE, )<br>    Third-Party Defendant. ) | CASE NO 3:00CV2179-DFM |

**AFFIDAVIT OF JOSEPH L. CLASEN IN SUPPORT OF
RESEARCH COMMUNICATIONS, LTD.'S FEE APPLICATION**

    I, JOSEPH L. CLASEN, being duly sworn according to law, hereby depose and state the following:

    1.    I have been a practicing attorney since 1981. I practiced with the law firm of Donovan, Leisure, Newton & Irvine in New York City from 1981 to 1989. In 1989 I joined the firm of Robinson & Cole LLP (Robinson & Cole) and have been a partner of that firm since 1991. I currently am the co-chair of the Robinson & Cole Business Litigation Group.

    2.    I graduated from Boston College (A.B.), *magna cum laude* and from the University of Virginia (J.D.) where I was a member of the Law Review and was awarded the Order of the Coif.

3.  I am admitted to practice in the State of Connecticut, the United States District Court for the District of Connecticut, the United States District Courts for the Southern and Eastern Districts of New York, and the Federal, Second and Seventh Circuit Courts of Appeal.

4.  I have extensive trial experience in the federal and state courts of both Connecticut and New York.

5.  In my 25 years of practice I have represented clients in a broad range of commercial litigation matters, involving, for example, contract disputes, intellectual property disputes, securities violations and fraud, unfair trade practice, antitrust, shareholder class actions, drug coverage class actions, and employment issues. I also have experience representing creditors in preference, relief of stay, fraudulent conveyances (especially in a LBO context) and general claims by and against creditors and secure creditors, and plan confirmation disputes.

6.  Robinson & Cole has offices in Connecticut (Stamford, New London and Hartford), Massachusetts (Boston), New York (New York City and White Plains) and Florida (Sarasota). There are approximately 203 attorneys firm-wide, of which approximately 89 are partners.

7.  In 2001, my hourly rate, as established by the firm was $350.00. In 2002, my hourly rate was $380.00. In 2003, my hourly rate was $425.00. In 2004, my hourly rate was $440.00. In 2005, my hourly rate was $450.00, and for 2006 my hourly rate is $480.00. These rates were charged to firm clients for litigation matters pending, *inter alia*, in the state and federal courts of Connecticut, including matters pending in the Federal Court in Hartford.

8. Between 2001 and 2006, the hourly rates as established by the firm for a litigation attorney who graduated from law school in 1995 (i.e., class of 1995) was: 2001 - $200.00; 2002 - $210.00; 2003 - $220.00; 2004 - $230.00; 2005 - $270.000; and 2006 - $300.00. These rates were charged to firm clients for litigation matters pending, *inter alia*, in the state and federal courts of Connecticut, including matters pending in the Federal Court in Hartford.

9. For 2001, the hourly rate as established by the firm for a litigation attorney who graduated from law school in 1997 (i.e., class of 1997) was $180.00. These rates were charged to firm clients for litigation matters pending, *inter alia*, in the state and federal courts of Connecticut, including matters pending in the Federal Court in Hartford.

10. For 2002, the hourly rate as established by the firm for a litigation attorney who graduated from law school in 2000 (i.e., class of 2000) was $170.00. These rates were charged to firm clients for litigation matters pending, *inter alia*, in the state and federal courts of Connecticut, including matters pending in the Federal Court in Hartford.

11. For 2004, the hourly rate as established by the firm for a litigation attorney who graduated from law school in 2001 (i.e., class of 2001) was $180.00. These rates were charged to firm clients for litigation matters pending, *inter alia*, in the state and federal courts of Connecticut, including matters pending in the Federal Court in Hartford.

12. In 2001, my hourly rate, as established by the firm was $350.00. In 2002, my hourly rate was $380.00. In 2003, the hourly rate for a Robinson & Cole litigation partner with approximately thirty years of experience would be in the range of $400.00 to $500.00. In 2004, the firm's rates increased to a range of $410.00 to $500.00. In 2005, the rates increased to a range of $420.00 to $525.00, and for 2006, the rates increased to a range of $440.00 to $550.00. These rates were charged to firm clients for litigation matters

pending, *inter alia*, in the state and federal courts of Connecticut, including matters pending in the Federal Court in Hartford.

13.   This affidavit is being submitted in connection with Research Communications, Ltd.'s fee application.

_____
Joseph L. Clasen

STATE OF CONNECTICUT  )
                      )   ss:   Stamford
COUNTY OF FAIRFIELD   )

Subscribed to and sworn to before me this 31st day of August, 2006.

_____
Commissioner of the Superior Court
Notary Public
My Commission expires:

**JANET LaFORGIA**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES APR. 30, 2009

74397                                   4